UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DARRYL BOYD,

Plaintiff,

v.

CITY OF BUFFALO, ET AL.,

Defendants.

Case No.: 1:22-cv-00519

---

**NOTICE OF MOTION**

---

JOHN WALKER, JR.,

Plaintiff,

v.

CITY OF BUFFALO, ET AL.,

Defendants.

Case No.: 1:22-cv-00520

---

| | |
|---|---|
| MOTION MADE BY: | Defendant County of Erie by and through Defendant's attorneys, Lippes Mathias LLP. |
| DATE, TIME AND PLACE: | At a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo NY 14202. |
| SUPPORTING PAPERS: | Declaration of Jennifer C. Persico, Esq., with exhibits and Defendant's Memorandum of Law, both dated February 15, 2023 and all prior pleadings in this matter. |
| RELIEF REQUESTED: | An Order of this Court: Bifurcating and staying discovery on Plaintiffs' *Monell* claims and for such other and further relief as the Court deems just and proper. |

DATED: Buffalo, New York
February 15, 2023

Respectfully submitted,

**LIPPES MATHIAS LLP**

By: *s/ Jennifer C. Persico*

Jennifer C. Persico, Esq.
*Attorneys for Defendant, County of Erie*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: 716-853-5100
E-mail: jpersico@lippes.com