**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

DARRYL BOYD,

Plaintiff,

- against -

THE CITY OF BUFFALO; THE COUNTY OF ERIE; MICHAEL G. GUADAGNO; JOHN MONTONDO; LINDA J. FIAL AS EXECUTOR FOR THE ESTATE OF ROBERT GRABOWSKI; AND MARTIN BULLOCK AS EXECUTOR FOR THE ESTATE OF JAMES E. HUNTER,

Defendants.

**Case No. 1:22-cv-519**

JOHN WALKER, JR.

Plaintiff,

- against -

THE CITY OF BUFFALO; THE COUNTY OF ERIE; MICHAEL G. GUADAGNO; JOHN MONTONDO; LINDA J. FIAL AS EXECUTOR FOR THE ESTATE OF ROBERT GRABOWSKI; AND MARTIN BULLOCK AS EXECUTOR FOR THE ESTATE OF JAMES E. HUNTER,

Defendants.

**Case No. 1:22-cv-520**

**NOTICE OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Gideon Hanft, and the annexed exhibits, the undersigned moves this Court, under Rules 26(b)(3) and 37 of the Federal Rules of Civil Procedure, for an Order compelling Defendants the City of Buffalo and the County of Erie to produce documents and information responsive to Plaintiffs' discovery requests as set forth in Plaintiffs' Memorandum of Law.

If either or both Defendants oppose this motion, Plaintiffs intend to file and serve a reply.

Dated: New York, New York
February 15, 2023

*s/ Ross E. Firsenbaum*
Ross E. Firsenbaum
Ryanne E. Perio
Gideon A. Hanft
Phoebe Silos
Erin Hughes
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
(212) 230-8800
ross.firsenbaum@wilmerhale.com
ryanne.perio@wilmerhale.com
gideon.hanft@wilmerhale.com
phoebe.silos@wilmerhale.com
erin.hughes@wilmerhale.com

Joel B. Rudin
David E. Rudin
LAW OFFICES OF JOEL B. RUDIN, P.C.
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, NY 10019
(212) 752-7600
jbrudin@rudinlaw.com
david@rudinlaw.com

Timothy W. Hoover
Spencer Durland
HOOVER & DURLAND LLP
561 Franklin Street
Buffalo, New York 14202
(716) 800-2604
thoover@hooverdurland.com
sdurland@hooverdurland.com