**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARRYL BOYD,<br><br>Plaintiff,<br><br>- against -<br><br>THE CITY OF BUFFALO; THE COUNTY OF ERIE; MICHAEL G. GUADAGNO; JOHN MONTONDO; LINDA J. FIAL AS EXECUTOR FOR THE ESTATE OF ROBERT GRABOWSKI; AND MARTIN BULLOCK AS EXECUTOR FOR THE ESTATE OF JAMES E. HUNTER,<br><br>Defendants. | **Case No. 1:22-cv-519** |
| JOHN WALKER, JR.<br><br>Plaintiff,<br><br>- against -<br><br>THE CITY OF BUFFALO; THE COUNTY OF ERIE; MICHAEL G. GUADAGNO; JOHN MONTONDO; LINDA J. FIAL AS EXECUTOR FOR THE ESTATE OF ROBERT GRABOWSKI; AND MARTIN BULLOCK AS EXECUTOR FOR THE ESTATE OF JAMES E. HUNTER,<br><br>Defendants. | **Case No. 1:22-cv-520** |

**DECLARATION OF GIDEON HANFT IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

I, Gideon Hanft, hereby declare the following:

1. I am an attorney admitted to practice in this Court *pro hac vice*. *See* Dkt. No. 21. I am a senior associate at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for Plaintiffs Darryl Boyd and John Walker, Jr., in the above-captioned matters.

2. I provide this declaration in support Plaintiffs' Motion to Compel Discovery, dated February 15, 2023 (the "Motion"). I have personal knowledge of the matters set forth below. If called as a witness, I could and would competently testify as follows.

3. On October 14, 2022, in accordance with the Court's September 30, 2022 Scheduling Order, *see* Dkt. 34, Plaintiffs served their initial Rule 26(a) disclosures and produced 25,369 pages of documents and several video files, including records from Plaintiffs' prior attorneys, court proceedings, FOIL responses, and employers, and public reporting concerning the subject matter of these actions.

4. On January 13 and 23, 2022, Plaintiffs filed letters with this Court that describe their efforts to resolve the discovery disputes raised in the Motion prior to the discovery conference held on January 25, 2022. *See* Dkt. 48, 56.

5. Subsequent to that conference, Plaintiffs' counsel met by videoconference with counsel for the City of Buffalo and individual defendants Michael G. Guadagno, John Montondo, Linda J. Fial as Executor for the Estate of Robert Grabowski, and Martin Bullock as Executor for the Estate of James E. Hunter on February 1, 2023, and with counsel for the County of Erie on February 2, 2023, to attempt to resolve the outstanding discovery issues. Ryanne Perio, Phoebe Silos, David Rudin, and Timothy Hoover along with myself attended these meetings on behalf of the Plaintiffs. Peter Sahasrabudhe attended the February 1 meet-and-confer on behalf of the City and individual defendants. Alexander W. Eaton and Brian C. Mahoney attended the February 2 meet-and-confer on behalf of the County.

6. A true and correct copy of Plaintiffs' Requests for Production and Interrogatories to Defendant the County of Erie, dated September 29, 2022, is attached hereto as Exhibit 1.

7. A true and correct copy of Plaintiffs' Requests for Production and Interrogatories to Defendant the City of Buffalo and the individual defendants, dated September 29, 2022, is attached hereto as Exhibit 2.

8. A true and correct copy of an email sent by the City's counsel to Plaintiffs' counsel, dated January 13, 2023, is attached hereto as Exhibit 3.

9. A true and correct copy of an email sent by the County's counsel to Plaintiffs' counsel, dated January 13, 2023, is attached hereto as Exhibit 4.

10. A true and correct copy of a letter sent by Plaintiffs' counsel to the County's counsel, dated February 3, 2023, is attached hereto as Exhibit 5.

11. A true and correct copy of an email sent by the County's counsel to Plaintiffs' counsel, dated February 8, 2023, is attached hereto as Exhibit 6.

12. True and correct copies of a letter sent by the County's counsel to Plaintiffs' counsel, and an affirmation signed by the County's counsel, both dated February 13, 2023, are attached hereto as Exhibit 7.

13. A true and correct copy of a letter sent by Plaintiffs' counsel to the City's counsel, dated February 3, 2023, is attached hereto as Exhibit 8.

14. A true and correct copy of a letter sent by the City's counsel to Plaintiffs' counsel, dated February 10, 2023, is attached hereto as Exhibit 9.

I, Gideon Hanft, hereby declare, under penalty of perjury and the laws of the United States of America, that the foregoing Declaration is true and correct.

Dated: February 15, 2023

By: *_/s/ Gideon Hanft_*
Gideon Hanft