# EXHIBIT 3

| | |
|---|---|
| **From:** | Sahasrabudhe, Peter A. |
| **To:** | David@rudinlaw.com; jbrudin@rudinlaw.com; Firsenbaum, Ross; Hanft, Gideon A.; Perio, Ryanne; Thelo Coleman; Silos, Phoebe; jloup@rudinlaw.com; thoover@hooverdurland.com; sdurland@hooverdurland.com |
| **Cc:** | Jennifer C. Persico; Brian C. Mahoney; Alexander W. Eaton; Russ III, Hugh M.; Perry, Adam W. |
| **Subject:** | Boyd & Walker v. City of Buffalo et al. (January 13, 2023 Production) |
| **Date:** | Friday, January 13, 2023 11:59:05 AM |
| **Attachments:** | image001.png<br>Walker & Boyd - 1-13-23 letter to counsel re production of personnel records.pdf |

**EXTERNAL SENDER**

Counsel:

Attached is correspondence from our office regarding further production of documents. Today's production can be accessed at the ShareFile link below.

https://hodgsonruss.sharefile.com/d-s461f66c81671443ea50256c739718240

--Peter

**Peter A. Sahasrabudhe**
Associate
Hodgson Russ LLP
Tel: 716.848.1508
Fax: 716.819.4652

Hodgson Russ LLP ATTORNEYS

Twitter | LinkedIn | website | e-mail

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

HodgsonRuss LLP ATTORNEYS

**Peter Sahasrabudhe**
Associate
Direct Dial: 716.848.1508
Direct Facsimile: 716.849.0349
*PSahasra@hodgsonruss.com*

January 13, 2023

***All Via E-Mail***

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
152 West 57th Street
New York, New York 10019

Joel B. Rudin, Esq.
jbrudin@rudinlaw.com
David E. Rudin, Esq.
david@rudinlaw.com
Jacob Loup, Esq.
jloup@rudinlaw.com

**HOOVER & DURLAND, LLP**
561 Franklin Street
Buffalo, New York 14202

Timothy Hoover, Esq.
thoover@hooverdurland.com
Spencer Durland, Esq.
sdurland@hooverdurland.com

**WILMER HALE**
7 World Trade Center
250 Greenwich Street
New York, New York 10007

Ross E. Firsenbaum, Esq.
ross.firsenbaum@wilmerhale.com
Ryanne E. Perio, Esq.
ryanne.perio@wilmerhale.com
Phoebe H. Silos (*Pro Hac Vice Counsel*)
Phoebe.Silos@wilmerhale.com
Gideon A. Hanft (*Pro Hac Vice Counsel*)
Gideon.Hanft@wilmerhale.com

Dear Counsellors:

**Re: *John Walker, Jr. v. City of Buffalo, et al.***
**Case No. 22-cv-00520**
**and**
***Darryl Boyd v. City of Buffalo, et al.***
**Case No. 22-cv-00519**

Accompanying this correspondence is the City defendants' production of personnel files in response to plaintiffs' requests for production in the above-captioned matters. The documents being produced are labelled COB-Walker-Boyd_001371-1438.

Very truly yours,

//s Peter A. Sahasrabudhe

Peter Sahasrabudhe

Enclosures

Copy to: Jennifer Persico, Esq.
Lippes Mathias LLP
(via email jpersico@lippes.com)