# EXHIBIT 4

**From:** Serena M. Kemnitzer
**To:** David@rudinlaw.com; jbrudin@rudinlaw.com; jloup@rudinlaw.com; Firsenbaum, Ross; Perio, Ryanne; Hughes, Erin; Silos, Phoebe; Hanft, Gideon A.
**Cc:** Jennifer C. Persico; Brian C. Mahoney; Alexander W. Eaton; Russ, Hugh; Adam W. Perry; Sahasrabudhe, Peter
**Subject:** Boyd and Walker v. County, et al. - County of Erie - Supplemental Production
**Date:** Friday, January 13, 2023 2:03:13 PM
**Attachments:** image045501.png
JCP to Counsel, enc supp prod, 1-13-23.pdf
PDF copy ECDA disc. resp. 1.13.23.PDF

---

EXTERNAL SENDER

Good afternoon-

Please find attached relative to the above referenced matter. Please let us know if you have any trouble accessing the documents through the link in the attached.

Thank you.

**Serena M. Kemnitzer**
Paralegal

LippesMathias LLP
ATTORNEYS AT LAW

50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216

ph: 716.853.5100 ext. 1363 | fx: 716.853.5199
skemnitzer@lippes.com | lippes.com
LinkedIn // Twitter // Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.
2FHAXCA

LippesMathias LLP
ATTORNEYS AT LAW

January 13, 2023

Joel B. Rudin, Esq.
David E. Rudin, Esq.
Jacob Loup, Esq.
LAW OFFICES OF JOEL B. RUDIN, P.C.
152 West 57th Street
New York, New York 10019
jbrudin@rudinlaw.com
david@rudinlaw.com
jloup@rudinlaw.com

Ross E. Firsenbaum, Esq.
Ryanne E. Perio, Esq.
WILMER HALE
7 World Trade Center
250 Greenwich Street
New York, New York 10007
ross.firsenbaum@wilmerhale.com
ryanne.perio@wilmerhale.com

Erin E. Hughes
Phoebe H. Silos
Gideon A. Hanft
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, New York 10007
Erin.Hughes@wilmerhale.com
Phoebe.Silos@wilmerhale.com
Gideon.Hanft@wilmerhale.com

Re: *Walker v. City of Buffalo, et al.* (22-cv-520-LJV-JJM)
*Boyd v. City of Buffalo, et al.* (22-cv-519-LJV-JJM)

Counselors:

Enclosed herewith please find Defendant County of Erie's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. The attachments to the production encompass documents bates numbered COE001609-6195. The documents can be accessed using the following link: https://ws.onehub.com/folders/rt6997tk, to a secure cloud service wherein the supplemental production is digitally stored. The password to access the cloud file is **Leaf98shoe73table29**. Please note the link will expire on February 13, 2023.

Please be advised that we reserve our right to amend and/or supplement these disclosures.

Very truly yours,

LIPPES MATHIAS LLP

Jennifer C. Persico

JCP/smk
Enclosure(s)

Cc: Hugh M. Russ III, Esq.
Adam W. Perry, Esq.
Peter A. Sahasrabudhe, Esq.
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street — Suite 100
Buffalo, New York 14202
hruss@hodgsonruss.com
aperry@hodgsonruss.com
psahasra@hodgsonruss.com