# EXHIBIT 6

**From:** Brian C. Mahoney
**To:** Hanft, Gideon A.; Jennifer C. Persico; Alexander W. Eaton; Serena M. Kemnitzer
**Cc:** WH Buffalo 5 Internal Team; jbrudin@rudinlaw.com; David@rudinlaw.com; Thelo Coleman; thoover@hooverdurland.com; sdurland@hooverdurland.com
**Subject:** RE: Boyd and Walker v. County of Erie, et al
**Date:** Wednesday, February 8, 2023 3:51:37 PM
**Attachments:** image577698.png

EXTERNAL SENDER

Gideon-

We are in the process of working on a further production of documents consistent with our meet and confer but a personal situation has occurred with one of our colleagues that is going to extend our response time until Monday February 13th.

Thanks,

Brian

**Brian C. Mahoney**
Partner

LippesMathias LLP
ATTORNEYS AT LAW

50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216

ph: 716.853.5100 fx: 716.853.5199
bmahoney@lippes.com | lippes.com
LinkedIn // Twitter // Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.
2FHAXCA

---

**From:** Hanft, Gideon A. <Gideon.Hanft@wilmerhale.com>
**Sent:** Friday, February 3, 2023 5:36 PM
**To:** Brian C. Mahoney <bmahoney@lippes.com>; Jennifer C. Persico <jpersico@lippes.com>; Alexander W. Eaton <aeaton@lippes.com>; Serena M. Kemnitzer <skemnitzer@lippes.com>
**Cc:** WH Buffalo 5 Internal Team <WHBuffalo5InternalTeam@wilmerhale.com>; jbrudin@rudinlaw.com; David@rudinlaw.com; Thelo Coleman <thelo@rudinlaw.com>; thoover@hooverdurland.com; sdurland@hooverdurland.com
**Subject:** Boyd and Walker v. County of Erie, et al

Dear Counsel,

Please see the attached letter memorializing our meet-and-confer of February 2. Thank you.

Best,
Gideon

**Gideon A. Hanft | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6430 (t)
+1 212 230 8888 (f)
gideon.hanft@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.