# EXHIBIT 7

LippesMathias LLP
ATTORNEYS AT LAW

February 13, 2023

Gideon A. Hanft (gideon.hanft@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

**Re: Darryl Boyd v. The City of Buffalo, et al., Index No. 22-cv-519**
**John Walker v. The City of Buffalo, et al., Index No. 22-cv-520**

Dear Mr. Hanft:

We write to respond to your letter dated February 3, 2023.

First, we have produced all Exhibits, including 10 and 10-a from the 2021 440.10 Hearing. Those documents are Bates Stamped 006196-006260. Because Exhibits 10 and 10-a are trial notes does not open up other trial notes to discovery. We have stated that the trial notes are privileged.

Contrary to your assertion, we never asserted that there is currently a stay of *Monell* related discovery. We stated that we intend to file a motion by February 15th to bifurcate and stay discovery as it pertains to *Monell*. We are actively working with County personnel to procure the files, regardless of the timing of the motion practice. Please refer to Alex Eaton's annexed affirmation for a more thorough update on the status of discovery.

In addition, please be advised that we continue to work to compile our privilege log.

Let us know if you have any questions.

Very truly yours,

LIPPES MATHIAS LLP

Brian C. Mahoney, Esq.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

DARRYL BOYD,

Plaintiff,

- against -

Case No. 1:22-cv-520

THE CITY OF BUFFALO; THE COUNTY OF ERIE; MICHAEL G. GUADAGNO; JOHN MONTONDO; LINDA J. FIAL AS EXECUTOR FOR THE ESTATE OF ROBERT GRABOWSKI; AND MARTIN BULLOCK AS EXECUTOR FOR THE ESTATE OF JAMES E. HUNTER,

Defendants.

JOHN WALKER, JR.

Plaintiff,

- against -

Case No. 1:22-cv-519

THE CITY OF BUFFALO; THE COUNTY OF ERIE; MICHAEL G. GUADAGNO; JOHN MONTONDO; LINDA J. FIAL AS EXECUTOR FOR THE ESTATE OF ROBERT GRABOWSKI; AND MARTIN BULLOCK AS EXECUTOR FOR THE ESTATE OF JAMES E. HUNTER,

Defendants.

**AFFIRMATION REGARDING STATUS OF DISCOVERY**

STATE OF NEW YORK )
) ss.
COUNTY OF ERIE )

Alexander W. Eaton, Esq., affirms, under penalty of perjury, and says:

1. I am an attorney at law duly admitted and licensed to practice in the Courts of the State of New York and the United States District Court for the Western District of New York. I am an associate at the law firm of Lippes Mathias LLP, attorneys for defendant County of Erie (hereinafter "the County"). As such, I am fully familiar with the facts and circumstances of this matter.

2. I submit this affirmation pursuant to the remote meet and confer held amongst counsel in this matter on February 3, 2023.

3. On or about September 29, 2022 Plaintiffs served their First Set of Interrogatories and Requests for Production upon the County.

4. Plaintiffs, through the aforementioned discovery demands, seek the production of, "All hearing and trial transcripts, discovery requests and responses, and appellate briefs, as well as documents sufficient to identify the prosecutors who handled each trial, for the prosecutions underlying the following decisions…," followed by a list thirty-one (31) cases prosecuted by the Erie County District Attorney's office (hereinafter "the ECDA") from 1966-1991.

5. The County intends to file a motion to bifurcate and stay discovery as it pertains to *Monell* on or before February 15, 2023, in compliance with Hon. Jeremiah J. McCarthy's text order dated January 25, 2023. (1:22-cv-520, Dkt. 60; 1:22-cv-519, Dkt. 59).

6. Regardless of the outcome of the prospective pending motion to bifurcate, the County has taken reasonable efforts to locate the requested files.

7. The ECDA's office has been diligent in its efforts to to locate the requested files, none of which are located at the ECDA office.

8. In addition, I have personally walked through the ECDA office with an Assistant District Attorney and an ECDA Confidential Aide. The case files at that location are limited to Buffalo City Court matters and felony matters which occurred years after 1991.

9. The County stores older ECDA cases at an off-site storage facility in Cheektowaga, New York.

10. Further, I visited the off-site storage facility with the ECDA Aide and the Erie County Records Manager. The facility contains tens, if not hundreds, of thousands of Bankers Boxes of County files spanning several decades. The files stored in at that facility encompass all departments within the County – not just the ECDA.

11. Upon information and belief, the County stored files at Erie County Medical Center for some portion of the relevant time period. At some as yet undetermined time, those files were moved to the other facility to accommodate the increased need for space.

12. Much, if not all, of the transfer of files from the ECDA to Erie County Medical Center, and later to the facility, occurred before digitizing records became common practice.

13. The procurement of 31 files spanning several decades, where many of the files have moved sites multiple times, is a gargantuan task; one which will necessarily take a considerable amount of time and labor.

14. Plaintiffs also seek production of certain materials pertaining to ADA personnel files, and internal policies and procedures of the ECDA office.

15. Files from the relevant time period are likely to be located in a different off-site storage facility in the basement of the Edward A. Rath County Building.

16. There are significant issues stemming from the presence of asbestos in the Rath Building. Accordingly, there are health-related barriers to the easy procurement of these materials.

17. Regardless, the County is diligently working to procure the relevant documents that may exist.

18. The fact that ADA and ECDA-related materials have yet to be produced is neither an admission of their existence, nor a statement of their nonexistence.

19. We will continue our reasonable efforts to locate said materials and will produce them as we acquire them.

**LIPPES MATHIAS LLP**

**/s/Alexander W. Eaton, Esq.**

Alexander W. Eaton, Esq.
Jennifer C. Persico, Esq.
Brian C. Mahoney, Esq.
*Attorneys for Defendant, County of Erie*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100
Fax: (716) 852-5199
aeaton@lippes.com
jpersico@lippes.com
bmahoney@lippes.com

Dated: February 13, 2023