# EXHIBIT 8

WILMERHALE

February 3, 2023

**Gideon A. Hanft**

+1 212 295 6430 (t)
+1 212 230 8888 (f)
gideon.hanft@wilmerhale.com

**By Email**:

Hugh M. Russ III
Peter A. Sahasrabudhe
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202

Re: *Darryl Boyd v. The City of Buffalo, et al., Index No. 22-cv-519*
*John Walker v. The City of Buffalo, et al., Index No. 22-cv-520*

Dear Counsel,

We write to memorialize our February 1, 2023 telephonic meet-and-confer regarding the City's responses to Plaintiffs' discovery requests. This letter memorializes our understanding based on that discussion. If the City disagrees with anything set forth below, please let us know in writing promptly.

First, the City agreed by no later than February 10, 2023 to provide a written update detailing the precise efforts undertaken to search for the Crawford homicide file, BPD training materials, and BPD personnel files and, if accurate, confirming that no such materials were found beyond the files the City has produced.

Second, with regard to the documents responsive to requests for production 9 through 13 involving criminal history files for individuals tied to the investigation and prosecution of the Crawford homicide, the City maintained its position that BPD was not able to search New York state databases to respond to civil litigation. In response to questions regarding the City's ability to search its own files for criminal records to identify responsive materials, the City stated that it would not undertake such a search based on its view of the burden involved. The City confirmed that it had not attempted such a search and could not quantify the burden.

Best regards,

Gideon Hanft

Gideon A. Hanft

Cc: Adam W. Perry
Ross E. Firsenbaum

Ryanne E. Perio
David E. Rudin
Joel B. Rudin
Timothy W. Hoover
Spencer L. Durland