# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

JACOB "COBY" LOUP
DAVID E. RUDIN

DAVID S. KEENAN
(Of Counsel)

THELONIOUS COLEMAN
(Paralegal)

April 12, 2023

**BY ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Darryl Boyd v. City of Buffalo, et al.*, No. 22-cv-519
*John Walker, Jr. v. City of Buffalo, et al.*, No. 22-cv-520

Dear Judge McCarthy:

Plaintiffs inform the Court that Timothy Hoover and Spencer Durland of Hoover & Durland and Ryanne Perio and Gideon Hanft of Wilmer Cutler Pickering Hale and Dorr LLP plan to attend the April 13 hearing in person. Other Plaintiffs' counsel of record attending the conference will do so remotely via Zoom, but do not intend to speak at the conference.

Respectfully submitted,

*/s/ David E. Rudin*
Joel B. Rudin
David E. Rudin
LAW OFFICES OF JOEL B. RUDIN, P.C.
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
jbrudin@rudinlaw.com
david@rudinlaw.com

Timothy W. Hoover
Spencer Durland
HOOVER & DURLAND LLP
561 Franklin Street
Buffalo, New York 14202
(716) 800-2604

Ross E. Firsenbaum
Ryanne E. Perio
Gideon A. Hanft
Phoebe Silos
Erin Hughes
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
ross.firsenbaum@wilmerhale.com
ryanne.perio@wilmerhale.com
gideon.hanft@wilmerhale.com
phoebe.silos@wilmerhale.com
erin.hughes@wilmerhale.com

LAW OFFICES OF JOEL B. RUDIN, P.C.

Hon. Jeremiah J. McCarthy
April 12, 2023
Page 2

thoover@hooverdurland.com
sdurland@hooverdurland.com

*Attorneys for Plaintiffs Darryl Boyd and John Walker, Jr.*

cc:   Jennifer C. Persico
      Brian C. Mahoney
      Alexander W. Eaton
      *Counsel for Defendant County of Erie*

      Hugh M. Russ III
      Peter A. Sahasrabudhe
      Adam W. Perry
      *Counsel for City Defendants*