UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF BUFFALO, *et al.*,<br><br>    Defendants. | 22-CV-519 (LJV) (JJM) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WALKER, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF BUFFALO, *et al.*,<br><br>    Defendants. | 22-CV-520 (LJV) (JJM) |

## ORDER GRANTING MOTIONS TO UNSEAL DOCUMENTS IN *PEOPLE V. TOMMY ROLLINS*, IND. NO. 82-1064

**TO: ERIE COUNTY CLERK**
   **92 FRANKLIN STREET**
   **BUFFALO, NEW YORK 14202**

   WHEREAS, Plaintiffs moved the Court to unseal all records of *People v. Tommy Rollins*, Ind. No. 82-1064, in the possession of the Erie County Clerk (*see* ECF No. 126 (*Boyd v. City of Buffalo, et al.*, No. 22-CV-519) and ECF No. 124 (*Walker v. City of Buffalo, et al.*, No. 22-CV-520)), the Defendants opposed the motions, the Court heard oral argument from counsel for all parties on January 9, 2024, and the Court rendered an oral decision on January 9, 2024 granting the motions to unseal;

   NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

   1. Plaintiffs' motions to unseal are granted.

   2. All official records and papers relating to *People v. Tommy Rollins*, Ind. No. 82-1064 in the possession of the Erie County Clerk—including but not limited

to transcripts of all proceedings (collectively, the "Records")—shall be provided to counsel for Plaintiffs no later than February 2, 2024.

       3.     The Erie County Clerk shall redact Mr. Rollins's name from the copies of the Records before they are provided to Plaintiffs' counsel. Apart from the redaction of Mr. Rollins's name, the Records provided to Plaintiffs' counsel shall be true, accurate, and complete copies of the documents possessed by the Erie County Clerk.

       4.     The Erie County Clerk, following redaction, shall provide the Records to counsel for Plaintiffs (to the Law Offices of Joel B. Rudin, P.C. or to Hoover & Durland LLP).

       5.     The Records are and shall be designated and treated as Confidential pursuant to the Protective Order previously entered in these cases, *see* ECF No. 107 (*Boyd v. City of Buffalo, et al.*, No. 22-CV-519) and ECF No. 105 (*Walker v. City of Buffalo, et al.*, No. 22-CV-520).

       6.     The Records will remain otherwise sealed and inaccessible to the general public.

Dated:      Buffalo, New York
               January __11__, 2024

                                                            _____
                                                             HON. JEREMIAH J. MCCARTHY
                                                             UNITED STATES MAGISTRATE JUDGE