UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DARRYL BOYD,

                                          Plaintiff,

    v.                                                                    Index No.: 22cv00519

THE CITY OF BUFFALO; THE COUNTY OF ERIE;
MICHAEL G. GUADAGNO; JOHN MONTONDO;
LINDA J. FIAL AS EXECUTOR FOR THE ESTATE
OF ROBERT GRABOWSKI; AND MARTIN
BULLOCK AS EXECUTOR FOR THE ESTATE OF
JAMES E. HUNTER, JENNIFER FLANNERY AS
ADMINISTRATOR FOR THE ESTATE OF ROBERT
F. ARNET; JENNIFER G. FLANNERY AS
ADMINISTRATOR FOR THE ESTATE OF FRANK
C. DEUBELL; JENNIFER G. FLANNERY AS
ADMINISTRATOR FOR THE ESTATE OF LEO J.
DONOVAN; JENNIFER G. FLANNERY AS
ADMINISTRATOR FOR THE ESTATE OF
FRANCIS M. MANISTA, JR.; AND DAWN M.
DIRIENZO AS EXECUTOR FOR THE ESTATE OF
PAUL R. DELANO,

                                          Defendants.

---

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN WALKER, JR.,

                                          Plaintiff,

    v.                                                                    Index No.: 22cv00520

THE CITY OF BUFFALO; THE COUNTY OF ERIE;
MICHAEL G. GUADAGNO; JOHN MONTONDO;
LINDA J. FIAL AS EXECUTOR FOR THE ESTATE
OF ROBERT GRABOWSKI; AND MARTIN
BULLOCK AS EXECUTOR FOR THE ESTATE OF
JAMES E. HUNTER, JENNIFER FLANNERY AS
ADMINISTRATOR FOR THE ESTATE OF ROBERT
F. ARNET; JENNIFER G. FLANNERY AS
ADMINISTRATOR FOR THE ESTATE OF FRANK
C. DEUBELL; JENNIFER G. FLANNERY AS

ADMINISTRATOR FOR THE ESTATE OF LEO J.
DONOVAN; JENNIFER G. FLANNERY AS
ADMINISTRATOR FOR THE ESTATE OF
FRANCIS M. MANISTA, JR.; AND DAWN M.
DIRIENZO AS EXECUTOR FOR THE ESTATE OF
PAUL R. DELANO,

                            Defendants.

---

## <u>NOTICE OF MOTION FOR SUMMARY JUDGMENT</u>

| | |
|---|---|
| Nature of Action: | Civil Rights |
| Moving Parties: | The City of Buffalo, Michael Guadagno, John Montondo, the Estate of James Hunter, the Estate of Leo Donovan, the Estate of Robert Grabowski; the Estate of Paul Delano; the Estate of Francis Manista; the Estate of Frank Deubell; and the Estate of Robert Arnet |
| Directed To: | Plaintiffs John Walker, Jr., and Darryl Boyd. |
| Place: | Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers: | Supporting Declaration of Peter A. Sahasrabudhe with exhibits, Statement of Undisputed Facts, and Memorandum of Law, all dated June 3, 2024. |
| Answering Papers: | Answering papers must be filed on or before June 24, 2024, per the Court's prior text order. Defendants state that they intend to file and serve reply papers in accordance with the Court's previously set briefing schedule. |
| Relief Requested: | The City Defendants request an order of summary judgment in their favor and dismissing each of the causes of action asserted against them in Plaintiffs' respective complaints. |
| Grounds for Relief: | Fed. R. Civ. P. 56. |
| Oral Argument: | To be granted if the Court deems argument necessary. |

Dated:      Buffalo, New York
              June 3, 2024

                **HODGSON RUSS** LLP
                *Attorneys for The City Defendants*

                By: /s/ Peter Sahasrabudhe
                    Hugh M. Russ, III, Esq.
                    Peter Sahasrabudhe, Esq.
                The Guaranty Building
                140 Pearl Street — Suite 100
                Buffalo, New York 14202
                Telephone:  (716) 856-4000
                hruss@hodgsonruss.com
                psahasra@hodgsonruss.com

**TO:**     **LAW OFFICES OF JOEL B. RUDIN, P.C.**
          *Attorneys for Plaintiff*
          Joel B. Rudin, Esq.
          David E. Rudin, Esq.
          Jacob Loup, Esq.
          152 West 57th Street
          New York, New York  10019
          Telephone:  212-752-7600
          jbrudin@rudinlaw.com
          david@rudinlaw.com
          jloup@rudinlaw.com

          **WILMER HALE**
          *Attorneys for Plaintiff*
          Ross E. Firsenbaum, Esq.
          Ryanne E. Perio, Esq.
          7 World Trade Center
          250 Greenwich Street
          New York, New York  10007
          Telephone:  212-295-6325
          ross.firsenbaum@wilmerhale.com
          ryanne.perio@wilmerhale.com

***Pro Hac Vice Counsel for Plaintiff***
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, New York  10007
Telephone:  212-230-8841

Phoebe H. Silos
  Phoebe.Silos@wilmerhale.com
  Telephone:  212-295-6420
Gideon A. Hanft
  Gideon.hanft@wilmerhale.com
  Telephone:  212-295-6430
Erin F. Hughes
  Erin.hughes@wilmerhale.com
  Telephone:  212-295-6284

**HOOVER & DURLAND, LLP**
*Attorneys for Plaintiff*
Timothy Hoover, Esq.
Spencer Durland, Esq.
561 Franklin Street
Buffalo, New York  14202
Telephone:  716-800-2600
thoover@hooverdurland.com
sdurland@hooverdurland.com

CC:     **LIPPES MATHIAS LLP**
        *Attorneys for Defendant County of Erie*
        Jennifer Persico, Esq.
        Brian Mahoney, Esq.
        50 Fountain Plaza – Suite 1700
        Buffalo, New York  14202
        Telephone:  716-853-5100
        jpersico@lippes.com