# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

JACOB "COBY" LOUP
DAVID E. RUDIN
PARTHA SHARMA

DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

July 8, 2024

**Via ECF**
Honorable Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:  *Darryl Boyd v. The City of Buffalo, et al.,* Index No. 22-cv-519
*John Walker v. The City of Buffalo, et al.,* Index No. 22-cv-520

Dear Judge Vilardo:

I've canvassed all the parties and there is not unanimous consent to transfer the case to the magistrate judge. Thank you for your consideration.

Respectfully submitted,

Joel B. Rudin
*Attorney for Plaintiffs*

JBR/at

cc:  Hugh Russ, Esq. (by ECF)
Jennifer Persico, Esq. (by ECF)
Brian Mahoney, Esq. (by ECF)