# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DARRYL BOYD, ) | |
| ) | |
| Plaintiff, ) | **Case No. 1:22-cv-519** |
| ) | |
| - against - ) | |
| ) | **PLAINTIFF'S EXHIBIT LIST**[1] |
| THE CITY OF BUFFALO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| Exhibit | | Description | Bates Number(s) |
|---|---|---|---|
| PX | 1 | P-73 dated Jan. 3, 1976: Report of Lt. Riley | COE002124 |
| PX | 2 | P-73 dated Jan. 3, 1976: Report of Sgt. Dove | COE002125–2127 |
| PX | 3 | William Crawford Autopsy Report, dated Jan. 3, 1976 | COE002113–2118 |
| PX | 4 | P-73 dated Jan. 3, 1976: Report of Sgt. Hunter | COE002130 |
| PX | 5 | P-73 dated Jan. 3, 1976: Report of Sgt. Hunter | COE002128–2129 |
| PX | 6 | P-73 dated Jan. 3, 1976: Report of Det. Grabowski | COE002131–2134 |
| PX | 7 | P-73 dated Jan. 3, 1976: Report of Det. Grabowski | COE002135 |
| PX | 8 | Mugshot and arrest record of Jerome Boyd (with redactions) | COE002136 |
| PX | 9 | P-73 dated Jan. 4, 1976: Report of Det. Pantano | COE002140 |
| PX | 10 | Typed statement dated Jan. 6, 1976, of Frances Kalb | COE002147–2148 |
| PX | 11 | Typed statement dated Jan. 6, 1976, Debbie Jeffrey (with redactions) | COE004617–4619 |
| PX | 12 | P-73 dated Jan. 6, 1976: Report of Det. Grabowski | COE002146 |
| PX | 13 | P-73 dated Jan. 7, 1976: Report of Det. Deubell (with redactions) | COE002152–2154 |
| PX | 14 | *Miranda* Rights Card dated Jan. 7, 1976: Darryn Gibson | BOYD-WALKER-00009826 |
| PX | 15 | Typed statement dated Jan. 7, 1976, of Darryn Gibson | COE002156–2157 |
| PX | 16 | Typed statement dated Jan. 7, 1976, of Larry Watson | COE002160–2161 |
| PX | 17 | P-73 dated Jan. 8, 1976: Report of Det. Guadagno (with redactions) | COE002165 |
| PX | 18 | P-73 dated Jan. 8, 1976: Report of Det. Guadagno | COE002173–2174 |

---

[1]    Plaintiff reserves the right to offer only relevant excerpts from listed exhibits; to redact irrelevant, immaterial, inadmissible, or unduly prejudicial information; or to offer or use a document or excerpt for a limited purpose.

| PX | 19 | Typed statement dated Jan. 8, 1976, of Andre Hough | COE002166–2167 |
|---|---|---|---|
| PX | 20 | Darryl Boyd *Miranda* Rights Card dated Jan. 8, 1976 | BOYD-WALKER-00009827 |
| PX | 21 | Typed statement dated Jan. 8, 1976, of Darryl Boyd | COE002170–2171 |
| PX | 22 | Typed statement dated Jan. 11, 1976, of John Walker | COE002176–2177 |
| PX | 23 | Typed statement dated Jan. 11, 1976, of Tyrone Woodruff | COE002179–2180 |
| PX | 24 | P-73 dated Jan. 11, 1976: Report of Det. Montondo (with redactions) | COE002175 |
| PX | 25 | P-73 dated Jan. 12, 1976: Report of Det. Pantano | COE002183-2184 |
| PX | 26 | Tryone Woodruff *Miranda* Rights Card dated Jan. 12, 1976 | COE002206 |
| PX | 27 | P-73 dated Jan. 12, 1976: Report of Det. Manista | COE002202 |
| PX | 28 | Typed statement dated Jan. 12, 1976, of Tyrone Woodruff | COE002203–2205 |
| PX | 29 | P-73 dated Jan. 12, 1976: Report of Det. Hunter (with redactions) | COE002197–2199 |
| PX | 30 | Floyd Martin *Miranda* Rights Card dated Jan. 12, 1976 | BOYD-WALKER-00009830 |
| PX | 31 | P-73 dated Jan. 12, 1976: Report of Det. Montondo (with redactions) | COE002192–2193 |
| PX | 32 | Typed statement dated Jan. 12, 1976, of Andre Hough | COE002194–2195 |
| PX | 33 | P-73 dated Jan. 12, 1976: Report of Chief Polygraph Examiner Robert Gibbons (with redactions) | COE002212 |
| PX | 34 | Criminal Court Complaint dated Jan. 12, 1976, encl. Woodruff's Statement | COE001864–1867 |
| PX | 35 | Arrest reports dated Jan. 12, 1976 | COE002188–2191 |
| PX | 36 | Typed statement dated Jan 12, 1976, of Dorothea Luster | COE002200–2201 |
| PX | 37 | P-73 dated Jan. 13, 1976: Report of Sgt. Dove | COE002213 |
| PX | 38 | Handwritten note by Timothy Drury dated Jan. 14, 1976 | BOYD-WALKER-00009854 |
| PX | 39 | P-73 dated Jan. 15, 1976: Report of Det. Montondo | COE002215 |
| PX | 40 | Transcript dated Jan. 16, 1976, of Preliminary Hearing in *People v. Boyd, et al.* (compilation) | BOYD-WALKER-00004866, COE008930–9009, COE007034–7053 |
| PX | 41 | P-73 dated Feb. 11, 1976: Report of Det. Delano | COE002228–2230 |
| PX | 42 | P-73 dated Feb. 11, 1976: Report of Det. Guadagno | COE002231–2232 |
| PX | 43 | Handwritten statement, dated Feb. 11, 1976, of Woodruff | COE002182 |
| PX | 44 | Transcript dated Feb. 11, 1976, of Woodruff's Grand Jury testimony in *People v. Boyd, et al.* | COE011179–11185 |
| PX | 45 | Transcript dated Feb. 11, 1976, of Hough's Grand Jury testimony in *People v. Boyd, et al.* | COE010957–10968 |

| PX | 46 | Transcript dated Feb. 11, 1976, of Hough's Grand Jury testimony in *People v. Boyd, et al.* (Dep. Ex. 81) | |
|----|----|----|----|
| PX | 47 | Handwritten notes of Drury dated Feb. 11, 1976 | COE009533 |
| PX | 48 | Handwritten notes by Timothy Drury dated Feb. 13, 1976 | COE012649 |
| PX | 49 | Walker Arraignment Disposition Slip | COE011016 |
| PX | 50 | Boyd Arraignment Disposition Slip | COE011015 |
| PX | 51 | Undated handwritten notes by Drury | COE010057 |
| PX | 52 | *People v. Walker* Omnibus Pretrial Motion by David Jay, dated Mar. 10, 1976 | COE002584–2598 |
| PX | 53 | *People v. Martin* Omnibus Pretrial Motion by James McLeod, dated Mar. 25, 1976 | COE002402–2412 |
| PX | 54 | *People v. Boyd* Omnibus Pretrial Motion by Mark Hulnick, dated Apr. 4, 1976 | COE002255–2272 |
| PX | 55 | *People v. Gibson* Omnibus Pretrial Motion by Gary Bittner, dated Apr. 14, 1976 | COE001893–1911 |
| PX | 56 | *People v. Boyd, et al.,* Bill of Particulars, dated Oct. 7, 1976 | COE003968–3970 |
| PX | 57 | Letter to Hulnick from Drury, dated Oct. 7, 1976, regarding *People v. Boyd* Omnibus Pretrial Motion | COE001806 |
| PX | 58 | DA's combined pretrial discovery (compilation) | COE011013, COE011011, COE003966–3967, COE011006–11007, COE002452, COE001816–1817, COE001806–1811, COE001787–1791, COE001872–1874, COE002310, COE001879–1881, COE001835, COE011001–11005, COE010998–10999, COE010990–10993 |
| PX | 59 | Handwritten notes by Drury dated Oct. 8, 1976 | COE009557 |
| PX | 60 | Handwritten notes by Drury dated Oct. 13, 1976 | COE009549 |
| PX | 61 | Transcript dated Nov. 15, 1976, of *Huntley* hearing in *People v. Boyd, et al.* | COE000963–1322 |
| PX | 62 | Handwritten notes by Drury | COE012645 |
| PX | 63 | Transcript dated Dec. 6, 1976, of *Wade* hearing in *People v. Boyd, et. al* | COE001323–1608 |

| PX | 64 | Transcript dated Jan. 10-20, 1977, of Trial in *People v. Gibson* | COE006809–7607 |
|---|---|---|---|
| PX | 65 | Disposition Slip dated Feb. 8, 1977 | COE010986 |
| PX | 66 | Call Slip dated Mar. 23, 1977 | COE002605 |
| PX | 67 | Cover page to transcript of *Boyd* trial | COE000444 |
| PX | 68 | Transcript dated Apr. 21–29, 1977, of trial in *People v. Boyd* | COE000444–962 |
| PX | 69 | Handwritten notes by Drury | COE010065 |
| PX | 70 | Page from Cold Case File Concerning Disclosure of BPD Crime Scene Photos to Walker;  Buffalo Police Department contact sheet (compilation) | COB-Walker/Boyd_000180–181 |
| PX | 71 | 20 printed crime scene photos | COB-Walker/Boyd_000569– 588 |
| PX | 72 | Transcript dated June 6-9, 1977, of Trial in *People v. Walker* | COE000001–443 |
| PX | 73 | Letter dated June 27, 1977, from McLeod to ADA David Henry | COE002413–2414 |
| PX | 74 | Letter dated June 29, 1977, from Henry to McLeod | COE002454 |
| PX | 75 | Excerpt from transcript dated Aug. 3, 1977, of sentencing in *People v. Boyd* | COE001726–1745 |
| PX | 76 | Erie County Court Clerk's Notes from *People v. Martin* Trial, dated July 6-14, 1977 | COE005449–5456 |
| PX | 77 | Handwritten notes by Henry (compilation) | COE006205, COE006211 |
| PX | 78 | Newspaper Articles regarding Crawford murder from BPD File (compilation) | BOYD-WALKER-00021118, BOYD-WALKER-00021111, BOYD-WALKER-00021112, BOYD-WALKER-00021105, BOYD-WALKER-00042241 |
| PX | 79 | Decision dated May 13, 1963: *Brady v. Maryland*, 373 U.S. 83 (1963) | |
| PX | 80 | Decision dated Feb. 24, 1972: *Giglio v. United States*, 405 U.S. 150 (1972) | |
| PX | 81 | American Bar Association Project on Standards for Criminal Justice, *Standards Relating to the Administration of Criminal Justice* (1974): Preface; The Prosecution Function; and The Defense Function | |
| PX | 82 | New York CPL 240 as of 1976-77 | BOYD-WALKER-00045884–45890 |

4

| | | | |
|---|---|---|---|
| PX | 83 | Decision dated Jun. 24, 1976: *United States v. Agurs*, 427 U.S. 97 (1976) | |
| PX | 84 | "County May Expand Legal Aid for Police," *Buffalo News* (Aug. 7, 1974) (compilation of featured article and full newspaper page) | BOYD-WALKER-00046426 |
| PX | 85 | "DA Forms Unit to Prosecute Career Criminals," *Buffalo News* (May 18, 1979) (compilation of featured article and full newspaper page) | BOYD-WALKER-00046431 |
| PX | 86 | "17 Candidates Screened for U.S. Attorney Post," *Buffalo News* (Feb. 14, 1980) (compilation of featured article and full newspaper page) | BOYD-WALKER-00046432 |
| PX | 87 | "Prosecutor Gets Key Position on DA's Staff," *Buffalo News* (Feb. 9, 1982) (compilation of featured article and full newspaper page) | BOYD-WALKER-00046434 |
| PX | 88 | "New Trial Ordered in Arson Death," *Buffalo News* (Feb. 27, 1976) (compilation of featured article and full newspaper page) | BOYD-WALKER-00033762 |
| PX | 89 | *People v. Ivey* Trial Transcript Excerpt dated Oct. 18, 1976 (compilation) | BOYD-WALKER-00033502–33503, BOYD-WALKER-00033575–33597 |
| PX | 90 | *Ivey* Appellant's Brief dated Jan. 26, 1981 | BOYD-WALKER-00033402–33501 |
| PX | 91 | *Ivey* Respondent's Brief, dated Apr. 29, 1981 | BOYD-WALKER-00033615–33673 |
| PX | 92 | Decision dated July 9, 1981: *People v. Ivey*, 83 A.D.2d 788 (1981) | |
| PX | 93 | *Ivey* ECDA Case Card dated Mar. 11, 1988 | COE012727–12729 |
| PX | 94 | *People v. Clark* Trial Transcript Excerpts dated Mar. 2, 1978 | BOYD-WALKER-00048835–48893 |
| PX | 95 | *Clark* ECDA Case Card dated July 9, 1982 | COE012725–12726 |
| PX | 96 | "Judge Declares Mistrial in McKinley Slaying Case," *Buffalo News* (Apr. 19, 1978); "Judge Grants Mistrial in Knifing Case," *Buffalo Courier-Express* (Apr. 19, 1978) (compilation of featured articles and full newspaper pages) | BOYD-WALKER-00033763–33764 |
| PX | 97 | "Reese Murder Case Ends in Mistrial," *Buffalo News* (Jan. 23, 1979) (compilation of featured article and full newspaper page) | BOYD-WALKER-00033768 |
| PX | 98 | Decision dated Mar. 2, 1979: *People v. Mitchell*, 99 Misc.2d 332 | |
| PX | 99 | *Mitchell* ECDA Case Card dated Apr. 10, 1979 | COE012724 |
| PX | 100 | *People v. Cadby* Discovery Response, dated Feb. 21, 1979 | BOYD-WALKER-00025824–25825 |
| PX | 101 | *Cadby* Trial Transcript Excerpts dated Feb. 26, 1979 (compilation) | BOYD-WALKER-00025973, BOYD- |

5

| | | | |
|---|---|---|---|
| | | | WALKER-00026777– 26793, BOYD-WALKER-00026805–26807, BOYD-WALKER-00026831–26832 |
| PX | 102 | *Cadby* Trial Transcript Excerpt dated Feb. 26, 1979 (compilation) | BOYD-WALKER-00025973, BOYD-WALKER-00026787–26793 |
| PX | 103 | *Cadby* Appellant's Brief dated Dec. 11, 1979 | BOYD-WALKER-00027401–27493 |
| PX | 104 | *Cadby* Respondent's Brief dated Jan. 14, 1980 | BOYD-WALKER-00027511–27554 |
| PX | 105 | *Cadby* Reply Brief | BOYD-WALKER-00027494–27510 |
| PX | 106 | Decision dated Apr. 8, 1980: *People v. Cadby*, 75 A.D.2d 713 (1980) | |
| PX | 107 | *Cadby* ECDA Case Card, dated July 13, 1981 | COE017472–17475 |
| PX | 108 | "Charges Dismissed in Stolen-Truck Sale," *Buffalo News* (Apr. 15, 1980) (compilation of featured article and full newspaper page) | BOYD-WALKER-00033769 |
| PX | 109 | "Insurance-Fraud Charge Against Officer Dropped," *Buffalo News* (May 15, 1980) (compilation of featured article and full newspaper page) | BOYD-WALKER-00033769 |
| PX | 110 | *Potenza* Petitioner's Brief, dated Dec. 30, 1980 | BOYD-WALKER-00032237–32382 |
| PX | 111 | *Potenza* Respondent's Brief, dated Feb. 6, 1981 | BOYD-WALKER-00032289–32338 |
| PX | 112 | Decision dated Mar. 27, 1981: *Matter of Potenza v. Kane*, 79 A.D.2d 467 (1981) | |
| PX | 113 | *Potenza* ECDA Case Card, dated Mar. 17, 1983 | COE012730–12731 |
| PX | 114 | "City Judge Voids Conviction of Ciccarelli in Sex Assault Case," *Buffalo News* (Nov. 14, 1981) (compilation of featured article and full newspaper page) | BOYD-WALKER-00033772 |
| PX | 115 | *People v. Moore* Trial Transcript, dated July 19-Aug. 30, 1965 | BOYD-WALKER-00048276–48834 |
| PX | 116 | *Moore* Appellant's Brief, dated May 16, 1966 | BOYD-WALKER-00033674–33695 |
| PX | 117 | *Moore* Respondent's Brief, dated June 14, 1966 | BOYD-WALKER-00033696–33717 |
| PX | 118 | Decision dated Oct. 27, 1966: *People v. Moore*, 26 A.D.2d 902 (1966) | |
| PX | 119 | *Moore* ECDA Case Card, dated Oct. 27, 1966 | COE012696–12698 |

6

| PX | 120 | *Slaughter* Appellant's Brief | BOYD-WALKER-00033718–33740 |
|----|-----|-------------------------------|----------------------------|
| PX | 121 | *Slaughter* Respondent's Brief, dated Sept. 15, 1967 | BOYD-WALKER-00033741–33759 |
| PX | 122 | Decision dated Oct. 26, 1967: *People v. Slaughter*, 28 A.D.2d 1082 (1967) | |
| PX | 123 | *Slaughter* ECDA Case Card, dated Mar. 13, 1969 | COE012699–12702 |
| PX | 124 | *Slaughter* ECDA Case Card, dated Mar. 13, 1969 | COE012699 |
| PX | 125 | *Damon* Appellant's Brief and Appendix, dated Jan. 29, 1968 | BOYD-WALKER-00033218–33309 |
| PX | 126 | *Damon* Respondent's Brief, dated Mar. 26, 1968 | BOYD-WALKER-00033310–33333 |
| PX | 127 | Decision dated Apr. 9, 1969: *People v. Damon*, 24 N.Y.2d 256 (1969) | |
| PX | 128 | *Damon* ECDA Case Card, dated Jan. 14, 1970 | COE012703–12704 |
| PX | 129 | *Cardinale* Appellant's Brief and Appendix | BOYD-WALKER-00033130–33207 |
| PX | 130 | *Cardinale* Respondent's Brief, dated Oct. 15, 1970 | BOYD-WALKER-00033207–33217 |
| PX | 131 | Decision dated Dec. 10, 1970: *People v. Cardinale*, 35 A.D.2d 1073 (1970) | |
| PX | 132 | "Jury Convicts Two in Murder of Prostitute in '72," *Buffalo Evening News* (July 20, 1973) (compilation of featured article and full newspaper page) | BOYD-WALKER-00046467 |
| PX | 133 | Decision dated Jun. 27, 1974: *People v. Freeland*, 45 A.D.2d 814 (1974) | |
| PX | 134 | *People v. Ketchum* Trial Transcript Excerpt dated Oct. 2, 1973 | BOYD-WALKER-00029839–29840, BOYD-WALKER-00029294–29383 |
| PX | 135 | *Ketchum* Appellant's Brief and Appendix | BOYD-WALKER-00031743–31796 |
| PX | 136 | *Ketchum* Respondent's Brief, dated Aug. 15, 1974 | BOYD-WALKER-00031797–31836 |
| PX | 137 | Decision dated Oct. 23, 1974: *People v. Ketchum*, 35 N.Y.2d 740 (1974) | |
| PX | 138 | *Buffalo Evening News* Article on dated Dec. 27, 1973 (compilation of featured article and full newspaper page) | BOYD-WALKER-00033761 |
| PX | 139 | *Donaldson* Appellant's Brief, dated May 21, 1975 | BOYD-WALKER-00028159–28184 |
| PX | 140 | *Donaldson* Respondent's Brief, dated July 29, 1975 | BOYD-WALKER-00028185–28197 |
| PX | 141 | Decision dated Oct. 24, 1975: *People v. Donaldson*, 49 A.D.2d 1004 (1975) | |
| PX | 142 | *Donaldson* ECDA Case Card dated Oct. 29, 1975 | COE012705–12706 |

| | | | |
|---|---|---|---|
| PX | 143 | *Balsano* Appellant's Brief | BOYD-WALKER-00025740–25759 |
| PX | 144 | *Balsano* Respondent's Brief, dated Oct. 1, 1975 | BOYD-WALKER-00025760–25794 |
| PX | 145 | Decision dated Feb. 20, 1976: *People v. Balsano*, 51 A.D.2d 130 (1976) | |
| PX | 146 | *Balsano* ECDA Case Card, dated Jan. 24, 1977 | COE012710–12714 |
| PX | 147 | *Mordino (I)* Appellant's Brief and Appendix | BOYD-WALKER-00031959–32026 |
| PX | 148 | *Mordino (I)* Respondent's Brief and Appendix dated May 3, 1977 | BOYD-WALKER-00032027–32096 |
| PX | 149 | *Mordino (I)* Reply Brief | BOYD-WALKER-00032097–32111 |
| PX | 150 | Decision dated July 12, 1977: *People v. Mordino (I)*, 58 A.D.2d 197 (1977) | |
| PX | 151 | "Mordino Accused Because of 'Deal,' Wing Jury Told," *Buffalo News* (June 7, 1978) | BOYD-WALKER-00046472 |
| PX | 152 | *Mordino (II)* Appellant's Brief | BOYD-WALKER-00032112–32147 |
| PX | 153 | *Mordino (II)* Respondent's Brief and Appendix dated Apr. 13, 1981 | BOYD-WALKER-00032148–32211 |
| PX | 154 | *Mordino (II)* Reply Brief | BOYD-WALKER-00032212–32236 |
| PX | 155 | Decision dated July 9, 1981: *People v. Mordino (II)*, 83 A.D.2d 775 (1981) | |
| PX | 156 | *Mordino* ECDA Case Card dated July 13, 1981 | COE012717–12718 |
| PX | 157 | *Weston* Appellant's Brief and Appendix, dated Nov. 18, 1975 | BOYD-WALKER-00032920–32967 |
| PX | 158 | *Weston* Respondent's Brief dated Dec. 18, 1975 | 00032896–00032919 |
| PX | 159 | Decision dated Feb. 24, 1976: *People v. Weston*, 51 A.D.2d 881 (1976) | |
| PX | 160 | *Weston* ECDA Case Card dated Sept. 29, 1976 | COE012707–12709 |
| PX | 161 | *Johnson* Appellant's Brief and Appendix dated Feb. 23, 1978 | BOYD-WALKER-00028574–00028642 |
| PX | 162 | *Johnson* Respondent's Brief dated Mar. 10, 1978 | BOYD-WALKER-00028643–28706 |
| PX | 163 | Decision dated Jun. 2, 1978: *People v. Johnson*, 62 A.D.2d 555 (1978) | |
| PX | 164 | Decision dated Feb. 18, 1984: *Johnson v. Smith*, CIV-81-329E (W.D.N.Y. Feb. 18, 1984) | |
| PX | 165 | *Johnson* ECDA Case Card dated Mar. 16, 1988 | COE012719–12720 |
| PX | 166 | *Keller* Appellant's Brief and Appendix dated Dec. 28, 1978 | BOYD-WALKER-00028838–28867 |

| | | | |
|---|---|---|---|
| PX | 167 | *Keller* Respondent's Brief dated Jan. 25, 1979 | BOYD-WALKER-00028868–00028889 |
| PX | 168 | Decision dated Apr. 6, 1979: *People v. Keller*, 67 A.D.2d 153 (1979) | |
| PX | 169 | *Keller* ECDA Case Card dated Apr. 11, 1979 | COE012722–12723 |
| PX | 170 | *People v. Terry* Discovery Response, dated Oct. 16, 1979 | BOYD-WALKER-00032747–32751 |
| PX | 171 | *Terry* Appellant's Brief | BOYD-WALKER-00032690–32710 |
| PX | 172 | *Terry* Respondent's Brief, dated Sept. 28, 1981 | BOYD-WALKER-00032711–32740 |
| PX | 173 | Decision dated Dec. 23, 1981: *People v. Terry*, 83 A.D.2d 491 (1981) | |
| PX | 174 | *Vance* Appellant's Brief and Appendix | BOYD-WALKER-00032752–32801 |
| PX | 175 | *Vance* Respondent's Brief, dated July 26, 1982 | BOYD-WALKER-00032802–32855 |
| PX | 176 | Decision dated Nov. 9, 1982: *People v. Vance,* 89 A.D.2d 347 | |
| PX | 177 | *Vance* ECDA Case Card dated Sept. 28, 1984 | COE012732–12735 |
| PX | 178 | *Herlan* Appellant's Brief, dated Oct. 6, 1983 | BOYD-WALKER-00033334–33358 |
| PX | 179 | *Herlan* Respondent's Brief | BOYD-WALKER-00033359–33401 |
| PX | 180 | Decision dated January 27, 1984: *People v. Herlan*, 99 A.D.2d 647 | |
| PX | 181 | *Zachery* Appellant's Brief | BOYD-WALKER-00032968–32989 |
| PX | 182 | *Zachery* Respondent's Brief, dated Oct. 21, 1968 | BOYD-WALKER-00032990–33002 |
| PX | 183 | Decision dated Dec. 12, 1968: *People v. Zachery*, 31 A.D.2d 732 (1968) | |
| PX | 184 | *Washington* Appellant's Brief, dated Nov. 20, 1968 | BOYD-WALKER-0032856–32878 |
| PX | 185 | *Washington* Respondent's Brief, dated Jan. 20, 1969 | BOYD-WALKER-00032879–32895 |
| PX | 186 | Decision dated Apr. 3, 1969: *People v. Washington*, 32 A.D.2d 605 (1969) | |
| PX | 187 | *Buffalo Evening News* Article on *People v. Williams* dated Aug. 22, 1973 (compilation of featured article and full newspaper page) | BOYD-WALKER-00033760 |
| PX | 188 | *Reingold* Appellant's Brief and Appendix, dated Nov. 19, 1973 | BOYD-WALKER-00032609–32658 |
| PX | 189 | *Reingold* Respondent's Brief and Appendix | BOYD-WALKER-00032659–32685 |

| | | | |
|---|---|---|---|
| PX | 190 | Decision dated Apr. 11, 1974: *People v. Reingold*, 44 A.D.2d 191 (1974) | |
| PX | 191 | *Greer* Appellant's Brief and Appendix, dated July 18, 1975 | BOYD-WALKER-00028503–28539 |
| PX | 192 | *Greer* Respondent's Brief, dated Aug. 19, 1975 | BOYD-WALKER-00028540–28573 |
| PX | 193 | Decision dated Nov. 6, 1975: *People v. Greer*, 49 A.D.2d 297 (1975) | |
| PX | 194 | "Witness Says Two Men Invited Him to Join in Fatal Beating at Tavern," *Buffalo News* (Mar. 15, 1977) (compilation of featured article and full newspaper page) | BOYD-WALKER-00033778 |
| PX | 195 | "Improper Questions Cause Mistrial Order," *Buffalo News* (Nov. 7, 1978); "Mistrial Declared In Killing Case," *Buffalo Courier-Express* (Nov. 7, 1978) (compilation of featured article and full newspaper page) | BOYD-WALKER-00033765–33766 |
| PX | 196 | *King* Appellant's Brief and Appendix dated Nov. 27, 1978 | BOYD-WALKER-00031837–31917 |
| PX | 197 | *King* Respondent's Brief dated Aug. 3, 1979 | BOYD-WALKER-00031918–31958 |
| PX | 198 | Decision dated Nov. 16, 1979: *People v. King*, 72 A.D.2d 930 (1979) | |
| PX | 199 | "Mistrial is Declared Over Questioning of Zurenda's Sister," *Buffalo News* (Oct. 8, 1980) (compilation of featured article and full newspaper page) | BOYD-WALKER-00033770 |
| PX | 200 | "Judge Throws Out Bribe Indictment of Attorney, Faults DA," *Buffalo News* (Dec. 18, 1984); "Court Blocks Resubmission of Bribe Case," *Buffalo News* (May 21, 1985) (compilation of featured articles and full newspaper pages) | BOYD-WALKER-00033773–33774 |
| PX | 201 | Record on Appeal in *People v. Grafton* | BOYD-WALKER-00028242–28502 |
| PX | 202 | *Grafton* Appellant's Brief, dated Aug. 29, 1985 | BOYD-WALKER-00028198–28228 |
| PX | 203 | *Grafton* Respondent's Brief, dated Nov. 7, 1983 | BOYD-WALKER-00028229–28241 |
| PX | 204 | Decision dated Dec. 20, 1985: *People v. Grafton*, 115 A.D.2d 952 | |
| PX | 205 | *"The Right Thing": Ethical Guidelines for Prosecutors*, District Attorneys Association of New York (2011) | BOYD-WALKER-00046398–46421 |
| PX | 206 | Woodruff recantation dated Nov. 1, 1985 | COE002467–2479 |
| PX | 207 | Woodruff recantation dated Apr. 6, 2010 | COE002481–2516 |
| PX | 208 | Affidavit of Timothy Drury dated Nov. 8, 2012 | COE003988–3989 |
| PX | 209 | Decision and Order of Hon. Christopher J. Burns dated Aug. 18, 2021 | BOYD-WALKER-00021170–21177 |

| | | | |
|---|---|---|---|
| PX | 210 | Video of Aug. 18, 2021, Boyd and Walker press conference | BOYD-WALKER-00011524 |
| PX | 211 | Video of Aug 18, 2021, DA Flynn press conference | BOYD-WALKER-00011523 |
| PX | 212 | Transcript of Erie County DA John Flynn's Press Conference | |
| PX | 213 | Transcript dated Sept. 23, 2021, granting motion to dismiss indictments | BOYD-WALKER-00008516–8518 |
| PX | 214 | Lippes Mathias LLP Press Release, dated July 7, 2022: "Lippes Mathias LLP Welcomes Anthony M. Kroese as an Associate Attorney" | |
| PX | 215 | Plaintiffs Darryl Boyd and John Walker Jr.'s First Set of Interrogatories and Requests for Production to the County of Erie, dated Sept. 29, 2022 | |
| PX | 216 | County Rule 26 Initial Disclosures, dated Oct. 14, 2022 (with redactions) | |
| PX | 217 | County Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, dated Jan. 13, 2023 (with redactions) | |
| PX | 218 | Production Letter from County of Erie, dated, Feb. 13, 2023 | |
| PX | 219 | Amended Complaint, Boyd Doc. No. 78, dated Mar. 13, 2023 (with redactions) | |
| PX | 220 | Production Letter from County of Erie, dated March 24, 2023 | |
| PX | 221 | County's Answer to First Amended Complaint, Boyd Doc. No. 83, dated Mar. 30, 2023 (with redactions) | |
| PX | 222 | Transcript of Michael Guadagno Deposition, May 31, 2023 | |
| PX | 223 | Transcript of John Montondo Deposition, June 21, 2023 | |
| PX | 224 | Letter to the Court from County of Erie, June 29, 2023 | |
| PX | 225 | Production Letter from County of Erie, July 7, 2023 | |
| PX | 226 | Transcript of John Regan Deposition, July 12, 2023 | |
| PX | 227 | Transcript of Mary Evans Deposition, July 12, 2023 | |
| PX | 228 | Email from Serena Kemnitzer regarding discovery, Aug. 4, 2023 | |
| PX | 229 | Transcript of David Henry Deposition, Aug. 11, 2023 | |
| PX | 230 | Defendant County of Erie's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, dated Aug. 31, 2023 | |
| PX | 231 | Production Letter from County of Erie, Sept. 1, 2023 | |
| PX | 232 | Transcript of Deposition of John Paradowski, Sept. 6, 2023 | |

| PX | 233 | Transcript of Deposition of Jerry Solomon, Sept. 12 and Oct. 3, 2023 (compilation) | |
|----|-----|------|------|
| PX | 234 | Production Letter from County of Erie, Sept. 25, 2023 | |
| PX | 235 | Transcript of Deposition of Ronald Jentz, Sept. 27, 2023 | |
| PX | 236 | Transcript of Deposition of James Verrastro, Oct. 3, 2023 | |
| PX | 237 | Transcript of Deposition of Debra Carosa, Nov. 10, 2023 | |
| PX | 238 | Transcript of Deposition of Timothy Drury, Nov. 28 and 29, 2023 (compilation) | |
| PX | 239 | Transcript of Deposition of Edward Cosgrove Nov. 30, 2023 | |
| PX | 240 | Transcript of Deposition of James McLeod, Dec. 4, 2023, and Jan. 3, 2024 (compilation) | |
| PX | 241 | Photo of Simpson's Store Building (Present Day) | BOYD-WALKER-00050575 |
| PX | 242 | Aerial Photo of Fillmore Avenue (Present Day) | BOYD-WALKER-00050574 |
| PX | 243 | Transcript of Deposition of Nils Olsen, Jan. 2, 2024 | |
| PX | 244 | Transcript of Deposition of John Walker, Jan. 4 and 5, 2024 (compilation) | |
| PX | 245 | Transcript of Deposition of Darryl Boyd, Jan. 10, 11, and 19, 2024 (compilation) | |
| PX | 246 | County Supplemental Rule 26 Disclosures, dated Jan. 12, 2024 (with redactions) | |
| PX | 247 | Transcript of Deposition of Tyrone Woodruff, Jan. 25, 2024 | |
| PX | 248 | Transcript of Deposition of Franco Kroese, Feb. 2, 2024 | |
| PX | 249 | Production Letter from County of Erie, Feb. 8, 2024 | |
| PX | 250 | Northeast Crash Dynamics, LLC, Report, dated Feb 23, 2024 | |
| PX | 251 | Transcript of Deposition of Christopher Puckett, Apr. 19, 2024 | |
| PX | 252 | Sanford Drob Report, dated Feb. 29, 2024 | |
| PX | 253 | Transcript of Deposition of Sanford Drob, Apr. 25, 2024 | |
| PX | 254 | Steven Zeidman Report, dated Mar. 1, 2024 | |
| PX | 255 | Transcript of Deposition of Steven Zeidman, Apr. 26, 2024 | |
| PX | 256 | Kevin Gagan Report | |
| PX | 257 | Transcript of Deposition of Kevin Gagan, Apr. 29, 2024 | |

| PX | 258 | Alan Hirsch Report, dated Feb. 28, 2024 | |
|---|---|---|---|
| PX | 259 | Transcript of Deposition of Alan Hirsch, Apr. 30, 2024 | |
| PX | 260 | County's Amended Answer to Amended Complaint, Boyd Doc. No. 225, Jan. 27, 2025 | |
| PX | 261 | FRE 1006 chart summarizing court decisions, newspaper articles, appellate briefs, and other court records relevant to the issue of notice to policymakers of prosecutor misconduct | |
| PX | 262 | FRE 1006 chart summarizing ECDA statements in motion papers, court colloquy, and appellate briefs regarding constitutional standards under Rosario/Brady and summation advocacy | |
| PX | 263 | FRE 1006 chart itemizing Rosario/Brady material that was disclosed to or withheld from Plaintiff and briefly summarizing their content | |
| PX | 264 | FRE 1006 chart summarizing the testimony at Plaintiff's criminal trial | |