UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DARRYL BOYD,

        Plaintiff,                    Civil Action No. 22-cv-519

      v.                           **DEFENDANT COUNTY OF ERIE'S EXHIBIT LIST[1]**

COUNTY OF ERIE, et al.,

        Defendants.

_____

| Exhibit | | Description | Bates Number(s) |
|---|---|---|---|
| DX | 500 | BPD Investigative File | COE002124-2254 |
| DX | 500.01 | January 3, 1976 p. 73 of Riley regarding discovery of Mr. Crawford | COE002124 |
| DX | 500.02 | January 3, 1976 p. 73 of Dove and Delano | COE002125-2127 |
| DX | 500.03 | January 3, 1976 p.73 of Hunter and Arnet regarding questioning Crawford's neighbors | COE002128-2129 |
| DX | 500.04 | January 3, 1976 p.73 of Hunter and Arnet regarding Crawford post mortem exam | COE02130 |
| DX | 500.05 | January 3, 1976 p.73 of Gorski and Grabowski regarding interviews of Francis Kalb, Debbie Jeffrey, Larry Watson, Bill Howard, Clarence Neubecker | COE002131-2134 |
| DX | 500.06 | January 3, 1976 p.73 of Goski and Grabowski regarding annyonmus phone call identifying Andre Howe and Gerry Boyd | COE002135 |
| DX | 500.07 | Photograph and wrap sheet of Jerome Boyd | COE002136 |
| DX | 500.08 | Forensic Lab report of Crawford blood | COE002138 |
| DX | 500.09 | Evidence slips regarding evidence at scrime scene | COE002139 |
| DX | 500.10 | January 4, 1976 p.73 of Dove, Delano, Pantano regarding investigation at Golden Nugget | COE002140 |
| DX | 500.11 | Internal log of incidents responded to on January 4, 1976 | COE002141 |
| DX | 500.12 | Property report of clothing on Crawford | COE002142 |
| DX | 500.13 | January 5, 1976 of Prsybla regarding evidence collection at crime scene | COE002143 |

---

[1] Defendant County of Erie reserves the right to offer only relevant excerpts from listed exhibits, to redact irrelevant, immaterial, inadmissible, or unduly prejudicial information, or to offer or use a document or excerpt for a limited purpose.

| DX | 500.14 | Forensic Lab reports of evidence at crime scene | COE002144-2145 |
|---|---|---|---|
| DX | 500.15 | January 6, 1976 p.73 of Grabowski and Gorski regarding interview of Mrs. Crawford | COE002146 |
| DX | 500.16 | January 6, 1976 statement of Frances Kalb | COE002147-2148 |
| DX | 500.17 | January 6, 1976 statement of Debbie Jeffrey | COE002149-2151 |
| DX | 500.18 | January 7, 1976 p.73 of Deubell and Guadagno regarding details of custodial interrogation of Darryn Gibson | COE002152-2154 |
| DX | 500.19 | Polaroid Photograph of Darryn Gibson | COE002155 |
| DX | 500.2 | January 7, 1976 statement of  Darryn Gibson | COE002156-2157 |
| DX | 500.21 | January 7, 1976 statement of Julia Watson | COE002158-2159 |
| DX | 500.22 | January 7, 1976 statement of Larry Watson | COE002160-2161 |
| DX | 500.23 | Warn Suspect rights card for Billie Gray | COE002162 |
| DX | 500.24 | Photograph of William Gray | COE002163 |
| DX | 500.25 | January 8, 1976 p.73 of Guadagno and Deubell regarding trip to Sister Hospital regarding Crawford clothing evidence | COE002164 |
| DX | 500.26 | January 8, 1976 p.73 of Guadagno and Deubell regarding interview of Boyd mother and Thelma Green | COE002165 |
| DX | 500.27 | January  8, 1976 statement of Andre Hough | COE2166-2167 |
| DX | 500.28 | Polaroid Photograph of Andre Hough | COE002168 |
| DX | 500.29 | January 8, 1976 p.73 of Guadagno and Deubell regarding taking custody of Boyd | COE002169 |
| DX | 500.3 | January  8, 1976 statement of Darryl Boyd | COE002170-2171 |
| DX | 500.31 | January 8, 1976 p.73 of Donavan requesting BPD Cartogrtaphy Department assistance | COE002172 |
| DX | 500.32 | January 9, 1976 p.73 of Guadagno and Deubell regarding interview with Filmore Cab Co. | COE002173-2174 |
| DX | 500.33 | January 11, 1976 p.73 of Hunter, Montando, Arnet regarding taking custody of Woodruff and Walker | COE002175 |
| DX | 500.34 | January 11, 1976 statement of John Walker | COE002176-2177 |
| DX | 500.35 | Polaroid Photographs of John Walker | COE002178 |
| DX | 500.36 | January 11, 1976 statement of Tyrone Woodruff | COE002179-2180 |
| DX | 500.37 | Polaroid Photo of Tyrone  Woodruff | COE002181 |
| DX | 500.38 | February 11, 1976 handwritten statement of Tyrone Woodruff | COE002182 |
| DX | 500.39 | January 12, 1976 p.73 of Delano and Pantano regarding interview of Debbie Jeffrey | COE002183-2184 |
| DX | 500.4 | January 12, 1976 p.73 of Guadagno and Deubell regarding taking custody of Martin and Walker | COE002185-2186 |
| DX | 500.41 | Criminal Complaint signed by Dove against Gibson, Walker, Martin, Boyd | COE002187 |

2

| DX | 500.42 | January 12, 1976 arrest records Walker, Gibson, Boyd, Martin | COE002188-2191 |
|---|---|---|---|
| DX | 500.43 | January 12, 1976 p.73 of Montando regarding post-arrest interrogation of Martin | COE002192-2193 |
| DX | 500.44 | January 12, 1976 statement of Andre Hough | COE002194-2196 |
| DX | 500.45 | January 12, 1976 p.73 of Hunter and Arnet regarding  Jan. 12, 1976 questioning of Tyrone Woodruff, arrest and charging of Walker, Boyd, Martin, Gibson | COE002197-2199 |
| DX | 500.46 | January 12, 1976 statement of Dorothea Luster | COE002200-002201 |
| DX | 500.47 | January 12, 1976 p.73 of Manista regarding phone call of anonymous female witness while Woodruff was seated in room, and Woodruff change of story | COE002202 |
| DX | 500.48 | January 12, 1976 Statement of Tyrone Woodruff | COE002203-2205 |
| DX | 500.49 | Rights Card of Tyrone Woodruff dated January 12, 1976 | COE002206 |
| DX | 500.5 | Photograph, information, and arrest record of Tyrone Woodruff | COE002207-2208 |
| DX | 500.51 | Polaroid photographs | COE002209-2210 |
| DX | 500.52 | January 12, 1976 p.73 of Degenhart regarding arrival of Attorney Condon, Darryn Gibson's counsel, and processing of arrest cards | COE002211 |
| DX | 500.53 | January 12, 1976 p.73 of Degenhart to Gibbons (chief of polygraph) regarding polygraph exams of Hough and Gibson. Hough discloses "Dorsette" as possible witness | COE002212 |
| DX | 500.54 | January 13, 1976 p.73 of Dove regarding arraignment of Gibson, Boyd, Martin, and Walker | COE00213 |
| DX | 500.55 | January 14, 1976 photograph of Walker and Martin after arraignment | COE002214 |
| DX | 500.56 | January 15, 1976 p.73 of Regan and Montando regarding investigatory trip to Simpson's Store and Golden Nugget | COE002215 |
| DX | 500.57 | January 16, 1976 p.73 of Hunter regarding interview of Michael Warren | COE02216-2217 |
| DX | 500.58 | January 16, 1976 handwritten statement of Michael Warren | COE002218-2219 |
| DX | 500.59 | January 19, 1976 p.73 of Hunter, Regan, and Montando regarding second interview of Michael Warren | COE002220-2222 |
| DX | 500.6 | January 22, 1976 p.73 of Hunter and Reagan p.73 regarding investigatory trip to Silhouette Lounge | COE002223 |
| DX | 500.61 | January 21, 1976 statement of Samuel Brown | COE002224-2225 |
| DX | 500.62 | January 29, 1976 Forensic Report of crime scene evidence | COE002226 |

3

| | | | |
|---|---|---|---|
| DX | 500.63 | February 10, 1976 p.73 of Regan and Montando regarding investigation into story of Samuel Brown | COE002227 |
| DX | 500.64 | February 11, 1976 p.73 of Delano and Guadagno regarding  Woodruff, Hough, and Drury day of Grand Jury proceedings | COE002228-2230 |
| DX | 500.65 | February 11, 1976 p.73 of Guadagno regarding Woodruff, Hough, and Drury day of Grand Jury proceedings | COE2231 -2232 |
| DX | 500.66 | February 11, 1976 handwritten statement of Tyrone Woodruff | COE002233 |
| DX | 500.67 | February 14, 1976 p.73 of Hunter and Regan re investigatory trip concerning female witness "Charlene" | COE002234 |
| DX | 500.68 | February 16, 1976 statement of Dwayne Wilson | COE002235-2236 |
| DX | 500.69 | Polaroid photograph of Dwayne Wilson | COE00237 |
| DX | 500.7 | February 23, 1976 statement of Scheryl Floyd | COE2238 |
| DX | 500.71 | Continued statement of Scheryl Floyd | COE2239-2240, 2241 |
| DX | 500.72 | February 25, 1976 p.73 of Hunter and Montando regarding interviews of occupants of sixth floor of 138 Glenny Drive | COE2242-2243 |
| DX | 500.73 | February 26, 1976 p.73 of Hunter and Montando regarding interviews occupants of seventh floor of 138 Glenny Drive | COE002244--2245 |
| DX | 500.74 | September 27, 1976 p.73 of Manista and Lobbett regarding Woodruff new North Carolina address | COE002246 |
| DX | 500.75 | July 8, 1977 p.73 regarding Thelma Green and Timothy Drury | COE002247 |
| DX | 500.76 | September  2, 1976 handwritten statement of Joseph Tatar | COE002248-002249 |
| DX | 500.77 | September 9, 1976 handwritten statement of Jerry Solomon | COE002250-2251 |
| DX | 500.78 | December 21, 1976 letter from Drury to Lt. Fries regarding interview of Woodruff | COE2252-2254 |
| DX | 501 | John Walker Trial Transcript dated  June 6-9, 1977 | COE000001-443 |
| DX | 502 | Darryl Boyd Trial Transcript dated April 21-29, 1977 | COE000444-962, COE9102-9280 |
| DX | 503 | Darryn Gibson Trial Transcript dated January 10, 12, 13 and 20, 1977 | COE6809-6954, COE8629-8703, 8705-8837, COE7054-7607 |
| DX | 504 | Transcript of Joint Huntley Hearing, November 15-17, 1976 | COE000963-1322 |
| DX | 505 | Transcript of Joint Wade Hearing dated December 6, 1976 | COE001323-1608 |

| | | | |
|---|---|---|---|
| DX | 506 | Preliminary Hearing Transcript dated January 16, 1976 | BOYD-WALKER-000004866-4867; COE007034-7053; COE008930-9009 |
| DX | 507 | October 7, 1986 letter from Darryl Boyd to Oliver C. Young, Esq. | COE001610 |
| DX | 508 | September 25, 1986 letter from Darryl Boyd to Oliver C. Young, Esq. | COE001611 |
| DX | 509 | April 7, 1987 Memorandum and Order by Justice Theodore S. Kasler | COE001615-COE001630 |
| DX | 510 | October 21, 1986 Affidavit of Darryl Boyd in support of CPL 440.10 motion | COE001649-COE001653 |
| DX | 511 | September 19, 1986 Affidavit of Thomacenia Knight in support of CPL 440.10 motion | COE001654-COE001655 |
| DX | 512 | October 21, 1986 Memorandum of Law in support of Darryl Boyd's CPL 440.10 motion | COE001656-COE001664 |
| DX | 513 | Affidavit of James McLeod dated September 24, 1982 in support of Walker and Gibson CPL 440.10 motion | COE001666-1668 |
| DX | 514 | Affidavit of John Walker dated September 10, 1982 in support of Walker and Gibson CPL 440.10 motion | COE001669 |
| DX | 515 | April 26, 1982 letter of George Newton to James McLeod | COE001670 |
| DX | 516 | May 13, 1982 letter of George Newton to James McLeod | COE001671 |
| DX | 517 | Memorandum and Order of Judge Thoedore Kasler dated March 1, 1983 | COE001699-1702 |
| DX | 518 | August 3, 1977 Darryl Boyd sentencing hearing transcript | COE001726-COE001745 |
| DX | 519 | January 16, 1976  Boyd Commitment of Prisoner | COE001746 |
| DX | 520 | October 30, 1972 Boyd Order of Placement to the New York State Division for Youth | COE001760 |
| DX | 521 | August 15, 1972 Velveta Lewis sworn statement | COE001761 |
| DX | 522 | August 15, 1972 Family Court Juvenile Delinquent Petition | COE001762 |
| DX | 523 | August 14, 1972 Buffalo Police Department Family Court Affidavit of Theodore Kirkland | COE001763 |
| DX | 524 | August 16, 1972 Family Court Records of Proceedings in the Matter of Darryl Boyd Placement | COE001764 |
| DX | 525 | October 30, 1972 Order of Adjudication and Disposition regarding Juvenille Delinquency | COE001765 |
| DX | 526 | August 29, 1975 City Court of Buffalo case record for Darryl Boyd regarding arrest for | COE001775-COE001776 |

| | | | |
|---|---|---|---|
| | | robbery in the first degree (Penal Law §160.10) based on complaint by Martin Bannath | |
| DX | 527 | August 29, 1975 supporting deposition of Martin Bannath alleging Darryl Boyd and Floyd Martin assaulted and robbed him outside 234 Glenny Drive, Buffalo, NY. | COE001777 |
| DX | 528 | August 29, 1975 Buffalo City Court Complaint against Darryl Boyd | COE001778 |
| DX | 529 | Boyd rights card  dated January 8, 1976 | COE001797 |
| DX | 530 | October 7, 1976 letter of Drury to Hulnick enclosing People's Bill of Particulars | COE001806 |
| DX | 531 | Martin arrest processing record dated January 12, 1976 | COE001836-1838 |
| DX | 532 | Gibson arrest processing record dated January 16, 1976 | COE001839-1846 |
| DX | 533 | Walker arrest record dated January 12, 2976 | COE001848 |
| DX | 534 | Criminal complaint against Gibson, Boyd, Walker, Martin dated January 12, 1976 | COE001849 |
| DX | 535 | Erie County Medical Examiner death certificate of William Crawford | COE001860 |
| DX | 536 | Boyd arrest record dated January 12, 1976 | COE001870 |
| DX | 537 | Boyd Omnibus Motion, dated April 6, 1976 | Boyd-Walker-0000614-631 |
| DX | 538 | Judge Wolff Order dated September 23, 1976 regarding Gibson/Boyd omnibus motions | COE1879-1881 |
| DX | 539 | Notice of Motion and Bittner Affidavit dated November 1, 1976 in support for motion to suppress Tatar statements | COE001887-1889 |
| DX | 540 | Affidavit of Maurice Atkins dated November 1, 1976 in support of Gibson motion to suppress Tatar statements | COE001890-1891 |
| DX | 541 | Notice of Motion of Gibson omnibus motion dated April 14, 1976 | COE001893-1895 |
| DX | 542 | Affidavit of Bittner in support of omnibus motion itemizing each category sought | CO001896-1897 |
| DX | 543 | March 11, 1977 Darryn Gibson sentencing hearing transcript | COE001912-COE001917 |
| DX | 544 | January 23, 1986 Attorney's Affirmation by James A.W. McLeod in support o Walker and Boyd CPL §440.10 motion | COE001920-COE001924 |
| DX | 545 | November 1, 1985 sworn statement of Tyrone Woodruff | COE001925-COE001937 |
| DX | 546 | Photographs of Crime Scene Undated | COE001938-COE001941 |
| DX | 547 | Thelma Green complaint against Walker for firing four shots, dated September 24, 1975 | COE001987 |

| DX | | | |
|---|---|---|---|
| DX | 548 | Buffalo City Court complaint against John Walker dated September 24, 1975 | COE001994 |
| DX | 549 | Arrest Record of John Walker last dated October 13, 1975 | COE002003 |
| DX | 550 | Medical Examiner's Report Forensics | COE2077-2123 |
| DX | 551 | Forensic Laboratory report dated January 29, 1976 | COE002095 |
| DX | 552 | Medical Examiner pathology examination | COE2105-2106 |
| DX | 553 | Erie County LabratoriesToxicology Report | COE002108 |
| DX | 554 | Hulnick affidavit in support of Bail Reduction, dated April 1, 1976 | COE002283-COE002289 |
| DX | 555 | Letter of Vincent E. Doyle, dated July 27, 1977 withdrawing Boyd CPL 440.10 motion | COE2349 |
| DX | 556 | Brown Affidavit dated July 1, 1977 in support of Boyd CPL 440.10 motion | COE002352-2356 |
| DX | 557 | Hulnick Affidavit dated July 1, 1977 in support of Boyd CPL 440.10 motion | COE002357-2358 |
| DX | 558 | Harrington interview of Gisele Washington, Michele Washington, Dorothea Lustre | COE002359-2371 |
| DX | 559 | Affidavit of Thelma Green  dated July 7, 1977 in support of Boyd CPL 440.10 motion | COE002372-2373 |
| DX | 560 | Handwritten statement of Andre Hough, dated June 29, 1977 | COE002374 |
| DX | 561 | Makowski interview of Hough, dated December 27, 1976 | COE002389-2393 |
| DX | 562 | McLeod Affidavit, dated March 25, 1976 in support of motion to dismiss Martin indictment | COE2409-2412 |
| DX | 563 | McLeod Letter dated June 27, 1977 regarding discovery in Martin case | OCE002413-2414 |
| DX | 564 | Drury to McLeod dated October 7, 1976 enclosing People's Bill of Particulars | COE002452 |
| DX | 565 | Henry to McLeod, dated June 29, 1977 regarding discovery disclosures | COE002454 |
| DX | 566 | Affidavit of Gary Bittner  dated January 3, 1977 in support for motion to sever trials | COE002458-2459 |
| DX | 567 | Boyd Notice of Alibi dated March 8, 1976 | COE002462-2463 |
| DX | 568 | Boyd Notice of Alibi adted April 22, 1977 | Boyd-Walker-00010576-00010577 |
| DX | 569 | Sworng statement of Tyrone Woodruff dated April 6, 2010 | COE002481-COE002509 |
| DX | 570 | Affidavit of David Jay dated December 27, 1976 in support of motion to sever trials | COE002571-2574 |
| DX | 571 | Affidavit of David Jay, dated March 30, 1976 in support of Walker  Order to Show Cause  for Bail | COE002579, COE002581 |
| DX | 572 | Affidavit of David Jay dated March 10, 1976 in support of Walker omnibus motion | COE002584-2593 |

7

| DX | | | |
|---|---|---|---|
| DX | 573 | Affidavit of David Jay, dated March 15, 1977 in support of reargument of Walker omnibus motion | COE002600 |
| DX | 574 | Letter of Jay to Judge Stiller dated June 17, 1977 seeking adjournment of Walker motion to set aside verdict | COE002608 |
| DX | 575 | Letter of Henry to Jay dated July 29, 1977 regarding  Walker motion to set aside verdict | COE002610 |
| DX | 576 | Boyd NYS FOIA request dated August 31, 2014 | COE002613 |
| DX | 577 | Decision of Judge Curtin dated October 28, 1992 regarding Boyd *habeas corpus* petition | COE002618-2629 |
| DX | 578 | Indicment of Boyd Boyd, Walker, Gibson, Martin | COE2638-2639 |
| DX | 579 | Boyd Appellant Brief dated May 1, 1981 | COE2676-2709 |
| DX | 580 | Affidavit of Dorsette Bostic dated August 13, 1984 | COE2808-2809 |
| DX | 581 | Memorandum and Order of William J. Flynn, Jr., dated November 28, 1984 | COE002810-2813 |
| DX | 582 | Affidavit of Andre Hough, dated October 1, 1982 | COE002798-2800 |
| DX | 583 | Affidavit of Darryl Boyd, dated October 21, 1986 | COE002893-2897 |
| DX | 584 | Darryl Boyd to City Counsel of the City, dated August 2, 1984 regarding FOIL and FOIA requests | COE002996 |
| DX | 585 | Walker Affidavit, dated April 2, 2008 in support of Order to Show Cause | COE003002-3003 |
| DX | 586 | Davis Affidavit, dated April 2, 2008 in support of Order to Show Cause | COE003004-COE003006 |
| DX | 587 | Walker Appellate Reply Brief dated November 21, 1988 | COE003051-3058 |
| DX | 588 | Affidavit of Richard L. Baumgarten, dated July 5, 1988 seeking extension of time to perfect appeal | COE003157-3159 |
| DX | 589 | Wallker Appellate Brief, dated October 5, 1988 | OCE003196-COE3230 |
| DX | 590 | Boyd Affidavit, dated April 25, 2016 in support of motion to vacate conviction | COE3370-3388 |
| DX | 591 | Appeallate Division, Fourth Department Decision October 30, 1981 regarding Boyd Appeal | COE003672 |
| DX | 592 | Hearing on Walker and Boyd CPL 44.10 transcript dated June 3, 2021 | COE003888-3947 |
| DX | 593 | Affidavit of Paul J. Cambria, dated October 13, 2020 in support of Walker and Boyd CPL 440.10 motion | COE3991-4001 |
| DX | 594 | Affidavit of Steven Cohen, dated October 2, 2012 in support of Walker and Boyd CPL 440.10 motion | COE4020-4044 |
| DX | 595 | Affidavit of James M. McLeod, dated September 15, 2020 | COE4108-4109 |

| | | | |
|---|---|---|---|
| DX | 596 | Affidavit of John Walker, undated, in support of Walker and Boyd CPL 440.10 motion | COE4142-4103 |
| DX | 597 | Affidavit of Darryl Boyd, undated, in support of Walker and Boyd CPL 440.10 motion | COE 4144-4145 |
| DX | 598 | Reply Affidavit of Paul Cambria dated February 4, 2021 in support of Walker and Boyd CPL 440.10 motion | COE4186-4196 |
| DX | 599 | Exhibit A to Reply Affidavit of Paul Cambria dated February 4, 2021 | COE4197-4203 |
| DX | 600 | Memorandum of Law in support of Walker and Boyd CPL 440.10 motion dated June 22, 2021 | COE4317-4327 |
| DX | 601 | Crawford Autopsy Photographs | COE4445-4464 |
| DX | 602 | Photgraphs of crime scene, Filmore Avenue, and Glenny Drive Apartments | COE4474-4537 |
| DX | 603 | Letter of Sam Davis to ECDA dated November 3, 2009 | COE4539 |
| DX | 604 | Affirmation of Samuel Davis, dated August 8, 2009 | COE4546-4595 |
| DX | 605 | Affirmation of Corey J. Hogan, dated October 29, 2013 | COE005006-5013 |
| DX | 606 | Reply Affirmation of Corey J. Hogan, dated October 29, 2013 | COE005795-5797 |
| DX | 607 | Affidavit of James A.W. McLeod, dated March 3, 2021 | COE 005810-COE5812 |
| DX | 608 | E-mail of James McLeod to Justin Ginter, dated November 25, 2020 | COE5833 |
| DX | 609 | John Walker to Byron Lockwood, dated March 11, 1976 | COE005807-5808 |
| DX | 610 | Henry Summation Notes at Martin Trial | COE6205-6260 |
| DX | 611 | Boyd statement dated December 5, 1974 regarding robbery at 26 Rodney Avenue | COE006261-6262 |
| DX | 612 | John Walker statement dated December 5, 1974 regarding robbery at 26 Rodney Avenue | COE006263-6264 |
| DX | 613 | Judgement of Erie County Family Court dated December 17, 1974 (Walker) | COE6267-6268 |
| DX | 614 | Judgement of Erie County Family Court dated December 17, 1974 (Walke and Boyd) | COE006288 |
| DX | 615 | Andre Hough testimony at July 11, 1977 hearing during Martin trial | COE8614-8628 |
| DX | 616 | Letter of Timothy Drury to James McLeod dated October 7, 1976 enclosing People's BOP | COE002452 |
| DX | 617 | Letter of Timothy Drury to Gary Bittner dated October 7, 1976 enclosing People's BOP | COE001817 |
| DX | 618 | Letter of Timothy Drury to Mark Hulnick dated October 7, 1976 enclosing People's BOP | COE001806 |

9

| | | | |
|---|---|---|---|
| DX | 619 | Letter of Timothy Drury to David Jay. dated October 7, 1976 enclosing People's BOP | COE00017410 |
| DX | 620 | People's Bill of Particulars dated October 7, 1976 | Boyd-Walker-0009847-9849 |
| DX | 621 | Walker Sentencing Hearing Transcript | Boyd-Walker-00015744-1752 |
| DX | 622 | November 9, 1984 Hearing before Judge Flynn regarding Boyd CPL 440.10 motion | COE9010-9101 |
| DX | 623 | Martin Trial Clerk's Notes | COE9446-9453 |
| DX | 624 | Gibson, Walker, Boyd, Martin Disposition Slips | COE010969-11035 |
| DX | 625 | Joseph Tatar Letter to ECDA | COE11063 |
| DX | 626 | Woodruff Grand Jury Transcript | COE11191-11197 |
| DX | 627 | Delano Grand Jury Transcript | Boyd-Walker-00017447-17448 |
| DX | 628 | Hough Grand Jury Transcript | Boyd-Walker00017462-17473 |
| DX | 629 | May 13, 1976 Memo from Drury to file regarding interview of Woodruff | COE011234-11236 |
| DX | 630 | Boyd's Story of the Case, sworn to February 13, 2017 | COE011676-COE011681 |
| DX | 631 | Movie- Part 2 Moving Forward for Justice; The John Walker Story | COE011813 |
| DX | 632 | Memorandum and Order of Judge Buscaglia dated September 25, 2013 | COE011854-11861 |
| DX | 633 | Boyd letter to Grashow dated July 7, 1983 | COE011969-11970 |
| DX | 634 | Boyd Reply Affidavit in support of pro se CPL 440.10 motion | COE11972-11974 |
| DX | 635 | Mark Mahoney letter to Boyd, dated August 11, 1980 regarding merits of appeal | COE011975-11977 |
| DX | 636 | Boyd letter to Grashow dated December 6, 1983 | COE011978 |
| DX | 637 | November 14, 1986 Supplemental Boyd Affidavit in support of pro se CPL 440.10 motion | COE011986-1988 |
| DX | 638 | Handwritten statement of Cheryl Anderson dated November 4, 1986 | COE011989 |
| DX | 639 | June 9, 1987 Appellate Department, Fourth Department decision denying appeal of Judge Kasler decision | COE012013 |
| DX | 640 | June 9, 1987 Boyd Affidavit in support of appeal of Judge Kasler decision | COE012017-12019 |
| DX | 641 | February 13, 1976 Harrington interview of Giselle Washington | COE012043-12055 |
| DX | 642 | Andre Hough handwritten statement | COE012058 |
| DX | 643 | June 30, 1976 Hulnick interview of Hough | COE012059-12072 |

| | | | |
|---|---|---|---|
| DX | 644 | Grashow Affidavit in support of 1984 Boyd CPl 440.10 motion | COE12174-12176 |
| DX | 645 | Decision of Judge Flynn denying reconsideration dated July 16, 1985 | COE012181-12183 |
| DX | 646 | Affidavit of Darryl Boyd in support of CPL 440.10 motion | COE12185-12189 |
| DX | 647 | Boyd Affidavit in support of CPL 440.10 motion dated December 7, 1984 | COE012197-12199 |
| DX | 648 | Makowski report on Hough interview | COE12200-12204 |
| DX | 649 | Appeallate Division, Fourth Department decision dated January 31, 1986 denying permission to appeal Judge Flynn decision | COE012214 |
| DX | 650 | Boyd reply Affidavit dated July 2, 1985 in support of reargument | COE012264-12269 |
| DX | 651 | Grashow Affidavit in support of reconsideration dated January 10, 1985 | COE012304-12306 |
| DX | 652 | Affidavit of Darryl Boyd dated April 20, 1984 in support of CPL 440.10 motion | COE012355-12356 |
| DX | 653 | Andre Hough Affidavit dated October 10, 1984 | COE012357-12359 |
| DX | 654 | Affirmation of Samuel Davis in support of Order to Show Cause dated  April 2, 2008 | COE012395-12397 |
| DX | 655 | Walker Affidavit in support of Order to Show Cause dated April 2, 2008 | COE012398-123399 |
| DX | 656 | January 3, 1976 Television Listings | COE019040-19049 |
| DX | 657 | 2018 ECDA Intra-Office Memo. From Sara Dee | COE012628-12639 |
| DX | 658 | Crime Prevention Bureau notes – Floyd Martin | BOYD-WALKER00013685-13686 |
| DX | 659 | Crime Prevention Bureau notes – John Walker | BOYD-WALKER00013715-13716 |
| DX | 660 | Crime Prevention Bureau notes – Darryn Gibson | BOYD-WALKER00013778 |
| DX | 661 | Buffalo Police Department Family Court Affidavit of Joseph T. Ransford dated August 11, 1972 | BOYD-WALKER00014092 |
| DX | 662 | Walker and Boyd mugshot photographs | BOYD-WALKER00014093 |
| DX | 663 | Mugshot photoographs | BOYD-WALKER00014114 |
| DX | 664 | Darryl Boyd mugshot photographs | BOYD-WALKER00014126-14129 |
| DX | 665 | Documents related to Boyd 1997 Criminal Charges | BOYD-WALKER00034919-34922 |

| | | | |
|---|---|---|---|
| DX | 666 | Documents related to Boyd 1999 Criminal Charges | BOYD-WALKER-00034928-34929 |
| DX | 667 | Order of Hon. Jerome B. E. Wolff dated June 29, 1976 | BOYD-WALKER00004001-4003 |
| DX | 668 | Order of Hon. John T. Curtin dated October 21, 1987 | BOYD-WALKER00010323-10325 |
| DX | 669 | Appellate Division, Fourth Department Decision dated February 3, 1989 | BOYD-WALKER00010329 |
| DX | 670 | Second Circuit Order dated March 29, 1989 | BOYD-WALKER00010331 |
| DX | 671 | Decision of Hon. Jerome T. Wolff dated December 15, 1976 | BOYD-WALKER00015461-15470 |
| DX | 672 | Walker Letter to Byron Lockwood | BOYD-WALKER00012442 |
| DX | 673 | Medical Examiner notice of William Crawford death of ECDA dated January 21, 1976 | BOYD-WALKER00017433 |
| DX | 674 | People v. Martin (Indictment No. 41 413) Requests to Charge and Verdict Sheet | BOYD-WALKER00017542-17552 |
| DX | 675 | Buffalo Police Department Crime Scene Photo Array | COB-Walker/Boyd000181 |
| DX | 676 | E-mail of John Paradowski, dated August 19, 2020 | COB Walker/Boyd000182 |
| DX | 677 | Case Cards for Gibson Prosecution | COE019053-19058 |
| DX | 678 | Case Cards for Martin Prosecution | COE019059-19062 |
| DX | 679 | Case Cards for Walker Prosecution | COE019063-19065 |
| DX | 680 | Case Cards for Boyd Prosecution | COE019050-19052 |
| DX | 681 | Grand Jury Transcript | COE019066-19111 |
| DX | 681.1 | Woodruff Grand Jury Testimony Transcript | COE11191-11197 |
| DX | 681.2 | Delano Grand Jury Testimony Transcript | Boyd-Walker-00017447-17448 |
| DX | 681.3 | Hough Grand Jury Testimony Transcript | Boyd-Walker00017462-17473 |
| DX | 682 | Boyd Amended Complaint, dated March 13, 2023 | |
| DX | 683 | Counterstatement of Material Facts, dated June 24, 2024 | |
| DX | 684 | Walker Amended Complaint, dated March 13, 2023 | |
| DX | 685 | Plaintiffs' Rule 26(A)(1) Initial Disclosures dated October 14, 2022 | |
| DX | 686 | Plaintiffs' Rule 26(A)(1) Supplemental Disclosures dated September 5, 2023 | |

| | | | |
|---|---|---|---|
| DX | 687 | Plaintiffs' Rule 26(a)(1) Second Supplemental Disclosures dated September 14, 2023 | |
| DX | 688 | Plaintiffs' Rule 26(A)(1) Third Supplemental Disclosures dated December 22, 2023 | |
| DX | 689 | Settlement Agreement of City of Buffalo and John Walker and Darryl Boyd, December 5, 2024 | |
| DX | 690 | Deposition Transcript of John Walker taken January 4, 2024 | |
| DX | 691 | Deposition Transcript of John Walker taken January 5, 2024 | |
| DX | 692 | Deposition Transcript of Darryl Boyd taken January 10, 2024 | |
| DX | 693 | Deposition Transcript of Darryl Boyd taken January 11, 2024 | |
| DX | 694 | Deposition Transcript of Darryl Boyd taken January 19, 2024 | |
| DX | 695 | Deposition Transcript of Timothy Drury taken November 28, 2023 | |
| DX | 696 | Deposition Transcript of Timothy Drury taken November 29, 2023 | |
| DX | 697 | Deposition Transcript of Edward Cosgrove, taken November 30, 2023 | |
| DX | 698 | Deposition Transcript of David Henry taken August 8, 2023 | |
| DX | 699 | Deposition Transcript of James Verrastro taken October 3, 2023 | |
| DX | 700 | Deposition Transcript of Franco Kroese taken February 2, 2024 | |
| DX | 701 | Deposition Transcript of James McCleod taken December 4, 2023 | |
| DX | 702 | Deposition Transcript of James McCleod taken January 3, 2024 | |
| DX | 703 | Deposition Transcript of Kevin Gagan taken April 29, 2024 | |
| DX | 704 | Report of Kevin Gagan dated April 15, 2024 | |
| DX | 705 | Deposition Transcript of Steven Zeidman taken April 26, 2024 | |
| DX | 706 | Report of Steven Zeidman dated March 1, 2024 | |
| DX | 707 | Deposition Transcript of Michael Guadagno taken May 31, 2023 | |
| DX | 708 | Deposition Transcript of John Montondo taken June 21, 2023 | |
| DX | 709 | Deposition Transcript of Mary Evans taken July 12, 2023 | |
| DX | 710 | Deposition Transcript of John Regan taken July 12, 2023 | |

| DX | 711 | Deposition Transcript of Jerry Solomon taken September 12, 2023 | |
|---|---|---|---|
| DX | 712 | Deposition Transcript of Jerry Solomon taken October 3, 2023 | |
| DX | 713 | Deposition Transcript of Ronald Jentz taken September 27, 2023 | |
| DX | 714 | Deposition Transcript of John Paradowski taken September 6, 2023 | |
| DX | 715 | Deposition Transcript of Debra Carosa taken November 10, 2023 | |
| DX | 716 | Deposition Transcript of Sanford Drob taken April 25, 2024 | |
| DX | 717 | Deposition Transcript of Christopher Puckett taken April 19, 2024 | |
| DX | 718 | Deposition Transcript of Alan Hirsch taken April 30, 2024 | |
| DX | 719 | Deposition Transcript of Tyrone Woodruff taken January 25, 2024 | |
| DX | 720 | Deposition Transcript of Nils Olsen taken January 2, 2024 | |
| DX | 721 | Report of Alan Hirsch dated February 28, 2024 | |