UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL BOYD, | ) |
| Plaintiff, | ) **Case No. 1:22-cv-519** |
| - against - | ) |
| THE CITY OF BUFFALO, *et al.*, | ) |
| Defendants. | ) |

| | |
|---|---|
| JOHN WALKER, JR. | ) |
| Plaintiff, | ) **Case No. 1:22-cv-520** |
| - against - | ) |
| THE CITY OF BUFFALO, *et al.*, | ) |
| Defendants. | ) |

**RESPONSE OF PLAINTIFFS DARRYL BOYD AND JOHN WALKER, JR. TO DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO THE CENTRAL PARK FIVE**

Plaintiffs Darryl Boyd and John Walker, Jr. have not once in these proceedings likened their case to that of the "Central Park Five." The only party to do that is the County. Plaintiffs have no intention of offering testimony, evidence, argument, or comment on the Central Park Five, and agree to the relief sought in the motion.

Of course, Plaintiffs will introduce evidence of other cases involving prosecutorial misconduct by the Erie County District Attorney's office in support of their *Monell* claims.

Dated:         February 24, 2025

                                              Respectfully submitted,

                                              **WILMER CUTLER PICKERING**
                                              **HALE AND DORR LLP**

                                              By: /s/ Ryanne E. Perio
                                              Ross E. Firsenbaum
                                              Ryanne E. Perio
                                              Gideon A. Hanft
                                              Phoebe Silos
                                              Erin Hughes
                                              Trena Riley
                                              Melissa Zubizarreta
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, New York 10007
                                              (212) 230-8800
                                              *ross.firsenbaum@wilmerhale.com*

                                              **LAW OFFICES OF JOEL B. RUDIN, P.C.**
                                              By: /s/ Joel B. Rudin
                                              Joel B. Rudin
                                              David E. Rudin
                                              Carnegie Hall Tower
                                              152 West 57th Street, 8th Floor
                                              New York, New York 10019
                                              (212) 752-7600
                                              *jbrudin@rudinlaw.com*

2

**HOOVER & DURLAND LLP**
By: /s/ Spencer L. Durland
Timothy W. Hoover
Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*thoover@hooverdurland.com*

*Attorneys for Plaintiffs Darryl Boyd
and John Walker, Jr.*