UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL BOYD,<br><br>       Plaintiff,<br><br>  - against -<br><br>THE CITY OF BUFFALO, *et al.*,<br><br>       Defendants. | **Case No. 1:22-cv-519** |

| | |
|---|---|
| JOHN WALKER, JR.,<br><br>       Plaintiff,<br><br>  - against -<br><br>THE CITY OF BUFFALO, *et al.*,<br><br>       Defendants. | **Case No. 1:22-cv-520** |

### DECLARATION OF DAVID E. RUDIN IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANT'S MOTIONS *IN LIMINE* AND PRETRIAL SUBMISSION

David E. Rudin, an attorney admitted to practice in the State of New York, hereby declares pursuant to 28 U.S.C. § 1746, under the penalties of perjury, as follows:

1. I am an attorney of record for Plaintiffs Darryl Boyd and John Walker, Jr. in the above-captioned actions. I provide this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion *in Limine* to Preclude Certain Alleged *Monell* Evidence, and Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion *in Limine* to Preclude Certain Expert Testimony, both filed today.

2.	Attached as Exhibit 1 are true and accurate copies of *Judge Throws out Bribe Indictment of Attorney, Faults DA*, an article in the *Buffalo News*, dated December 18, 1984, and *Court Blocks Resubmission of Bribe Case*, an article in the *Buffalo News*, dated May 21, 1985.

3.	Attached as Exhibit 2 is a true and accurate copy of *People v. Grafton*, 115 A.D.2d 952 (4th Dep't 1985).

4.	Attached as Exhibit 3 is a true and accurate copy of a retainer agreement dated April 1, 2024, entered into between Lippes Mathias LLP, counsel for Defendant, and Kevin Gagan.

Dated:	February 24, 2025

/s/ David E. Rudin
David E. Rudin
LAW OFFICES OF JOEL B. RUDIN, P.C.
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
david@rudinlaw.com

*Attorney for Plaintiffs Darryl Boyd and John Walker, Jr.*