**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| DARRYL BOYD, | ) | **Case No. 1:22-cv-519** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **FILING OF ANNOTATED** |
| - against - | ) | **PROPOSED RULE 1006** |
| | ) | **SUMMARY PURSUANT TO** |
| THE CITY OF BUFFALO, *et al.*, | ) | **COURT'S INSTRUCTION AT** |
| | ) | **FINAL PRETRIAL** |
| Defendants. | ) | **CONFERENCE** |

Pursuant to the Court's instruction at the March 3, 2025, final pretrial conference, Plaintiff Darryl Boyd hereby files as Exhibit A hereto an annotated version of his proposed Fed. R. Evid. 1006 summary chart of certain *Monell* evidence from other criminal cases involving the Erie County District Attorney's Office.  Exhibit A is identical to the chart filed yesterday in *Walker v. City of Buffalo, et al.*, 22-cv-520, except for differences in exhibit numbering between the two cases.  This annotated version includes, at the Court's request, an additional column (in the far right of the chart in red font) providing an explanation of the reason(s) that Plaintiff seeks to enter into evidence each row of the chart and the materials summarized therein.  The purpose(s) described in the annotated chart are intended to be read together with Plaintiff's prior submissions setting forth more fully the legal theories and other evidence—i.e., testimony establishing failure to discipline—supporting *Monell* liability.  *See generally Boyd* Dkt. 273 (Pl's motion *in limine* opposition); Dkt. 176 (Pl's summary judgment opposition), at 61–76; Dkt. 246 (Pl's proposed jury instructions), at 34–37.

Plaintiff previously provided the County with a copy of the chart (PX 268) without the additional column on February 24, 2025, as part of Plaintiff's exhibit book (which also contained

1

as separate exhibits all of the summarized materials cited in PX 268). The same version of PX

268 also was included in the exhibit book that Plaintiff sent the Court on February 28, 2025.

The far right column of Exhibit A is provided solely in response to the Court's request and,

as reflected in Exhibit A and on PX 268 in Plaintiff's exhibit book, is not included in the version

that Plaintiff proposes to offer into evidence at trial.

Dated: March 7, 2025                         Respectfully submitted,

                                             **LAW OFFICES OF JOEL B. RUDIN, P.C.**
                                             By: /s/ Joel B. Rudin
                                             Joel B. Rudin
                                             David E. Rudin
                                             Carnegie Hall Tower
                                             152 West 57th Street, 8th Floor
                                             New York, New York 10019
                                             (212) 752-7600
                                             *jbrudin@rudinlaw.com*

                                             **WILMER CUTLER PICKERING
                                               HALE AND DORR LLP**
                                             By: /s/ Ross E. Firsenbaum
                                             Ross E. Firsenbaum
                                             Ryanne E. Perio
                                             Gideon A. Hanft
                                             Phoebe Silos
                                             Erin Hughes
                                             Trena Riley
                                             Melissa Zubizarreta
                                             7 World Trade Center
                                             250 Greenwich Street
                                             New York, New York 10007
                                             (212) 230-8800
                                             *ross.firsenbaum@wilmerhale.com*

                                             **HOOVER & DURLAND LLP**
                                             By:  /s/ Spencer L. Durland
                                             Timothy W. Hoover
                                             Spencer L. Durland
                                             561 Franklin Street
                                             Buffalo, New York 14202
                                             (716) 800-2600
                                             *thoover@hooverdurland.com*

2

*Attorneys for Plaintiff Darryl Boyd*

3