UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL BOYD, | ) |
| Plaintiff, | ) Case No. 1:22-cv-519 |
| - against - | ) |
| THE COUNTY OF ERIE, | ) **NOTICE OF MOTION FOR SUBSTITUTION OF PLAINTIFF** |
| Defendant. | ) |

Please take notice of this motion to substitute Kathleen Weppner, as Executor of the Estate of Darryl Boyd, as Plaintiff in this action.

**Request for Relief:** Kathleen Weppner, by her counsel Law Offices of Joel B. Rudin, P.C., WilmerHale LLP, and Hoover & Durland LLP, requests that this Court grant this Motion and substitute Kathleen Weppner, as Executor of the Estate of Darryl Boyd, as Plaintiff.

**Grounds for Relief and Supporting Papers.** The grounds for Ms. Weppner's request are set forth in the supporting memorandum, declaration, and exhibits contemporaneously filed with this Motion.

**Opposition Papers, Reply Papers, and Oral Argument**. The opposition shall be due on a date and time set by the Court. Plaintiff reserves the right to submit reply papers if necessary and permitted by the Court. Oral argument, if necessary, will be heard at the United States District Court for the Western District of New York, 100 State Street, Rochester, New York 14614, on a date and time set by the Court.

Dated: April 11, 2025              Respectfully submitted,

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
By: /s/ Joel B. Rudin
Joel B. Rudin
David E. Rudin
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
*jbrudin@rudinlaw.com*

**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
By: /s/ Ross E. Firsenbaum
Ross E. Firsenbaum
Ryanne E. Perio
Gideon A. Hanft
Phoebe Silos
Erin Hughes
Trena Riley
Melissa Zubizarreta
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
*ross.firsenbaum@wilmerhale.com*

**HOOVER & DURLAND LLP**
By:  /s/ Timothy W. Hoover
Timothy W. Hoover
Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*thoover@hooverdurland.com*

*Attorneys for Kathleen Weppner, as Executor of the Estate of Darryl Boyd*