# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DARRYL BOYD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　- against -<br><br>THE COUNTY OF ERIE,<br><br>　　　　　　　　　　Defendant. | Case No. 1:22-cv-519<br><br>**DECLARATION OF DAVID E. RUDIN IN SUPPORT OF MOTION FOR SUBSTITUTION OF PLAINTIFF** |

David E. Rudin, an attorney admitted to practice in the State of New York, hereby declares pursuant to 28 U.S.C. § 1746, under the penalties of perjury, as follows:

1. I am an attorney for Kathleen Weppner, as Executor of the Estate of Darryl Boyd. I provide this declaration in support of Ms. Weppner's Motion to Substitute Parties.

2. Attached as Exhibit 1 is a true and accurate copy of Letters Testamentary issued to Kathleen Weppner authorizing her as fiduciary of the estate of Darryl Boyd.

3. Attached as Exhibit 2 is a true and accurate copy of the Surrogate's Court Decree appointing Kathleen Weppner as Executor of Darryl Boyd's estate.

4. Attached as Exhibit 3 is a true and accurate copy of a Certificate of Appointment of Executor issued to Kathleen Weppner.

Dated:　　April 14, 2025

　　　　　　　　　　　　　　　　　　　　/s/ David E. Rudin
　　　　　　　　　　　　　　　　　　　　David E. Rudin
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JOEL B. RUDIN, P.C.
　　　　　　　　　　　　　　　　　　　　Carnegie Hall Tower
　　　　　　　　　　　　　　　　　　　　152 West 57th Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　(212) 752-7600
　　　　　　　　　　　　　　　　　　　　david@rudinlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Kathleen Weppner, as Executor of the Estate of Darryl Boyd*