# Exhibit 2

At a Surrogate's Court of the State of New York held in and for the County of Erie at Buffalo, New York.

PRESENT: Hon. Acea M. Mosey, Surrogate Judge

---

Probate Proceeding, Will of
DARRYL A. BOYD,

          Deceased.

DECREE GRANTING PROBATE

File No. 2025-883

---

    A verified petition having been filed by KATHLEEN WEPPNER praying for a decree admitting to probate a written instrument dated February 13, 2025, propounded as the Last Will and Testament of the above-named decedent; and

    It satisfactorily appearing that all the persons required by law to be cited or who are interested in this proceeding have either failed to appear in response to a duly served citation or by their waiver and consent in writing duly executed and filed, waived the issuance and service upon them of a citation in this proceeding or have appeared and consented to the probate of the propounded instrument; and that notice of probate has been given to all persons entitled to such notice; and

    The probate not having been contested; and proofs having been duly filed on behalf of the attesting witnesses to the foregoing testamentary instrument; and it appearing by such proofs that the same were duly executed and are genuine and valid and that the decedent at the time of executing same was in all respects competent to make a will and not under restraint; it is

    ORDERED AND DECREED, that the instrument offered for probate herein be, and the same hereby is admitted to probate as the Last Will and Testament of the above-named decedent, valid to pass real and personal property, that the Will and this Decree be recorded and that full Letters Testamentary be issued to KATHLEEN WEPPNER; and that if Preliminary Letters Testamentary were issued, the same are hereby revoked.

DATED: 3/13/2025

Hon. Acea M. Mosey
Surrogate Judge