# Exhibit 3

# Surrogate's Court of the State of New York
# Erie County

Certificate# 202894
File#: 2025-883

## Certificate of Appointment of Executor

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** **Darryl Boyd**
aka   Darryl A Boyd

**Date of Death:** February 26, 2025

**Domicile:** Erie County

**Fiduciary Appointed:** **Kathleen Weppner**
239 Meadowview Lane
Buffalo NY  14221

**Letters Issued:** LETTERS TESTAMENTARY

**Letters Issued On:** March 13, 2025

**Limitations:** NONE

and such Letters are unrevoked and in full force as of this date.

Dated: March 13, 2025
Buffalo, New York

IN TESTIMONY WHEREOF, the seal of the Erie County Surrogate's Court has been affixed.

WITNESS, Honorable Acea M. Mosey, Judge of the Erie County Surrogate's Court.

*Linda M Wiedrick*

Linda M Wiedrick, Chief Clerk
Erie County Surrogate's Court

This Certificate is Not Valid Without the Raised Seal of the Erie County Surrogate's Court