**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ESTATE OF DARRYL BOYD, | ) ) ) | |
| Plaintiff, | ) ) | **Case No. 1:22-cv-519** |
| - against - | ) ) ) | |
| THE COUNTY OF ERIE, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF MOTION FOR AN *IN LIMINE* ORDER PRECLUDING ADMISSION OF POLICE FILE DOCUMENTS OTHER THAN ALLEGED *BRADY* EVIDENCE AND THE DOCUMENTS DISCLOSED ON THE RECORD DURING THE CRIMINAL TRIAL OF DARRYL BOYD AND CERTAIN RELATED PRE-TRIAL <u>PROCEEDING</u>**

| | |
|---|---|
| Nature of Actions: | Civil action. |
| Moving Party: | Plaintiff Estate of Darryl Boyd |
| Date and Time: | October 24, 2025, at 10:00 a.m., or on an alternate date and time to be determined by the Court. |
| Place: | Before the Honorable Meredith A. Vacca, United States District Judge, Western District of New York, at the United States Courthouse, Courtroom 2, 100 State Street, Rochester, New York 14614. |
| Supporting Papers: | Plaintiff's Memorandum of Law, dated September 22, 2025 |
| Answering Papers: | Due by October 6, 2025. *See* Dkt. 306. |
| Relief Requested: | *In limine* order (i) precluding admission of police file documents other than alleged Brady evidence and the documents disclosed on the record during the criminal trial of Darryl Boyd and certain related pre-trial proceedings, and (ii) any alternative or additional relief the Court deems just and proper. |

Grounds for Relief:                                    The authorities set forth in the accompanying Memorandum of Law.

Oral Argument:                                         Requested.

Dated:         September 22, 2025                      Respectfully submitted,

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
By: /s/ Joel B. Rudin
Joel B. Rudin
David E. Rudin
Partha Sharma
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
*jbrudin@rudinlaw.com*

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
By: /s/ Ross E. Firsenbaum
Ross E. Firsenbaum
Gideon A. Hanft
Phoebe Silos
Erin Hughes
Trena Riley
Melissa Zubizarreta
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
*ross.firsenbaum@wilmerhale.com*

**HOOVER & DURLAND LLP**
By:  /s/ Spencer L. Durland
Timothy W. Hoover
Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*sdurland@hooverdurland.com*

*Attorneys for Plaintiff Estate of Darryl Boyd*