UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF DARRYL BOYD,<br><br>                              Plaintiff,<br><br>          - against -<br><br>THE COUNTY OF ERIE,<br><br>                              Defendant. | **Case No. 1:22-cv-519** |

**PLAINTIFF'S NOTICE OF MOTION FOR AN *IN LIMINE* ORDER PRECLUDING ANY REFERENCE TO WITNESS TIMOTHY DRURY'S JUDICIAL CAREER**

| | |
|---|---|
| Nature of Actions: | Civil action. |
| Moving Party: | Plaintiff Estate of Darryl Boyd |
| Date and Time: | October 24, 2025, at 10:00 a.m., or on an alternate date and time to be determined by the Court. |
| Place: | Before the Honorable Meredith A. Vacca, United States District Judge, Western District of New York, at the United States Courthouse, Courtroom 2, 100 State Street, Rochester, New York 14614. |
| Supporting Papers: | Plaintiff's Memorandum of Law, dated September 22, 2025 |
| Answering Papers: | Due by October 6, 2025. *See* Dkt. 306. |
| Relief Requested: | *In limine* order (i) precluding any reference to witness Timothy Drury's judicial career, and (ii) any alternative or additional relief the Court deems just and proper. |
| Grounds for Relief: | The authorities set forth in the accompanying Memorandum of Law. |
| Oral Argument: | Requested. |

Dated:        September 22, 2025        Respectfully submitted,

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
By: /s/ Joel B. Rudin
Joel B. Rudin
David E. Rudin
Partha Sharma
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
*jbrudin@rudinlaw.com*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
By: /s/ Ross E. Firsenbaum
Ross E. Firsenbaum
Gideon A. Hanft
Phoebe Silos
Erin Hughes
Trena Riley
Melissa Zubizarreta
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
*ross.firsenbaum@wilmerhale.com*

**HOOVER & DURLAND LLP**
By:  /s/ Spencer L. Durland
Timothy W. Hoover
Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*sdurland@hooverdurland.com*

*Attorneys for Plaintiff Estate of Darryl Boyd*