**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ESTATE OF DARRYL BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:22-cv-519** |
| | ) | |
| - against - | ) | |
| | ) | |
| THE COUNTY OF ERIE., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DESIGNATIONS OF DEPOSITION AND TRIAL TESTIMONY**

Plaintiff, the Estate of Darryl Boyd ("the Boyd Estate") hereby designates passages from the depositions of Darryl Boyd, Edward Cosgrove, David Henry, and Kevin Gagan as well as from the trial testimony of Mr. Henry and Mr. Gagan for admission at trial. Mr. Boyd and Mr. Cosgrove are deceased, and their deposition testimony may be used at trial pursuant to Federal Rule of Civil Procedure 32(a)(4)(A). Mr. Henry served as the County of Erie's ("County") representative, and his testimony is admissible against the County at trial pursuant to Federal Rule of Civil Procedure 32(a)(3). Mr. Gagan is an agent of the County, and his testimony is admissible against the County at trial pursuant to the same rule.

**Darryl Boyd Deposition Designations:**

| | | |
|---|---|---|
| 410:7–419:14 | 443:10–12 | 487:22–497:23 |
| 419:21–421:21 | 443:14–17 | 362:3–20 |
| 422:10–11 | 443:20–444:4 | 363:11–364:10 |
| 421:22–422:1 | 444:12–445:10 | 499:14–502:2 |
| 422:18–423:2 | 446:7–448:13 | 502:12–516:11 |
| 433:6–13 | 450:17–452:2 | 365:7–367:1 |
| 433:14–436:2 | 452:3–455:3 | 367:13–22 |
| 436:3–10 | 455:4–15 | 516:12–525:20 |
| 436:17–437:1 | 455:16–457:23 | 525:21–23 |
| 437:4–439:8 | 458:1–470:1 | 368:7–370:9 |
| 440:5–441:11 | 470:11–12 | 525:21–527:17 |
| 425:1–428:17 | 470:20–471:9 | 527:18–21 |
| 441:12–22 | 474:3–477:1 | 371:9–372:14 |
| 442:5–17 | 481:6–12 | 527:22–531:19 |
| 442:21–443:4 | 481:17–487:21 | 373:10–374:18 |

1

| | | |
|---|---|---|
| 532:1–14 | 385:18–387:8 | 571:1–572:7 |
| 532:22–533:13 | 587:11–21 | 572:8–11 |
| 376:11–377:11 | 534:1–543:23 | 573:10–1 |
| 533:14–23 | 544:17–562:20 | |
| 384:6–23 | 563:8–569:4 | |

**Edward Cosgrove Deposition Designations**:

| | | |
|---|---|---|
| 31:1–10 | 102:7–9 | 142:6–143:4 |
| 32:10–34:1 | 105:10–106:17 | 143:10–144:10 |
| 37:13–19 | 107:8–109:15 | 144:22–149:5 |
| 39:22–40:17 | 117:3–15 | 157:10–158:6 |
| 41:2–4 | 132:12–16 | 170:23–171:12 |
| 62:13–62:21 | 133:22–134:1 | 171:22–173:20 |
| 86:14–17 | 135:6–137:19 | 173:20–175:8 |
| 101:11–101:15 | 138:10–141:21 | 175:9–11 |

The Boyd Estate also designates the following sections, which it acknowledges the Court sustained objections to in *Walker v. County of Erie,* 22–cv–520.  The Boyd Estate presumes that the Court will sustain objections to these designations as well for the same reasons but lists them here and moves them into evidence for preservation.

151:1–156:10

160:5–163:22

164:10–166:15

167:12–169:15

175:14–176:22

177:17–183:11

2

**David Henry Deposition and Trial Designations:**

| | | |
|---|---|---|
| 25:11–26:6 | 296:19–20 | 190:8–194:8 |
| 27:9–13 | 113:19–114:09 | 201:5–23 |
| 19:16–21:8 | 114:11–17 | 202:2–9 |
| 32:8–16 | 131:16–20 | 202:11–204:5 |
| 33:14–43:3 | 224:23–225:12 | 206:2–6 |
| 35:11–17 | 225:14–19 | 206:23–207:2 |
| 215:17–218:21 | 225:21–226:3 | 207:5–11 |
| 217:11–17 | 226:5–21 | 207:13–22 |
| 75:4–22 | 226:23–227:10 | 208:1–18 |
| 79:2–6 | 239:2–10 | 208:20–209:4 |
| 218:4–21 | 360:15–361:18 | 209:6–13 |
| 96:2–9 | 365:4–7 | 211:12–14 |
| 96:8–9 | 370:3–22 | 212:4–14 |
| 117:3–10 | 184:23–185:7 | 212:16–213:2 |
| 117:12–20 | 185:22–186:10 | 303:12–305:13 |
| 58:19–22 | 186:12–18 | 305:15–16 |
| 59:1–4 | 186:20–187:12 | 305:18–22 |
| 60:19–61:2 | 187:14–21 | 296:21–297:1 |
| 61:4–14 | 187:23–188:16 | 297:3–298:1 |
| 62:19–63:6 | 188:18–189:1 | 169:11–20 |
| 194:3–8 | 189:3–7 | 170:16–171:1 |
| 83:10–21 | 189:14–190:1 | 173:19–20 |
| 295:22–296:17 | 190:3–6 | 173:22–174:5 |

3

| | | |
|---|---|---|
| 174:8–15 | 358:9–359:2 | 255:14–257:4 |
| 176:1–9 | 360:8–9 | 257:20–258:2 |
| 176:8–9 | 361:1–7 | 258:9–259:8 |
| 178:1–6 | 361:9–361:10 | 261:19–264:14 |
| 21–23 | 374:21–375:1 | 265:6–270:21 |
| 180:18–181:6 | 375:4–12 | 268:4–269:13 |
| 340:21–341:7 | 375:15–19 | 270:5–13 |
| 341:9–342:5 | 222:23–223:19 | 271:14–281:12 |
| 342:7–23 | 224:17–22 | 281:10–284:18 |
| 346:14–353:9 | 50:14–52:17 | 282:3–285:12 |
| 354:9–355:11 | 241:5–15 | 285:19–287:8 |
| 355:4–356:9 | 54:7–55:2 | 287:16–288:22 |
| 356:11–14 | 246:12–250:8 | 312:8–13 |
| 356:16–357:3 | 251:1–254:7 | 312:15–17 |
| 357:5–22 | 250:18–23 | 317:13–17 |
| 358:1–7 | 70:4–70:21 | |

The Boyd Estate also designates the following portions of David Henry's trial testimony in *Walker v. County of Erie*, 22-cv-520:

| | | |
|---|---|---|
| 1964:7-19 | 1953:24–1955:4 | 1970:23–1971:16 |
| 1941:23–1942:9 | 1956:12–1957:9 | 1972:4–19 |
| 1943:16–1944:9 | 1957:17–1959:13 | 1972:22–1975:6 |
| 1946:2–15 | 1959:20–1962:14 | 1985:25–1990:9 |
| 1949:7–1950:5 | 1963:5–8 | 2012:2–4 |
| 1951:8–1953:18 | 1964:7–11 | 2012:17–2013:19 |

4

| | | |
|---|---|---|
| 2012:19–22 | 2021:2–21 | 2089:21–2091:6 |
| 2017:12–21 | 2041:5–18 | 2091:12–2092:3 |
| 2018:1–2020:2–3 | 2042:23–2043:22 | 2162:8–23 |

**Kevin Gagan Deposition and Trial Designations:**

| | | |
|---|---|---|
| 85:10–91:16 | 183:10–190:4 | 266:22–268:15 |
| 109:5–110:10 | 194:10–196:24 | 273:14–19 |
| 125:3–9 | 198:7–200:17 | 286:8–287:8 |
| 130:21–131:15 | 206:16–207:2 | 289:3–19 |
| 134:11–139:10 | 207:9–209:9 | 291:11–19 |
| 156:21–158:3 | 209:23–212:5 | 433:16–434:3 |
| 159:15–160:3 | 225:23–226:13 | 441:6–11 |
| 168:23–169:6 | 254:14–255:15 | |
| 171:20–173:2 | 265:23–266:11 | |

The Boyd Estate also designates the following portions of Kevin Gagan's trial testimony in *Walker v. County of Erie*, 22-cv-520:

2319:13–2320:8

5