UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DARRYL BOYD,

      Plaintiff,                                  Civil Action No. 22-cv-519

      v.

THE CITY OF BUFFALO, ET AL.,

      Defendants.
_____

## COUNTY OF ERIE'S RESPONSE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR AN *IN LIMINE* ORDER PRECLUDING DEFENDANT FROM REFERENCING THE IMPACT OF ANY JUDGMENT ON TAXPAYERS

The County of Erie (the "County") submits this response notifying the Court and the Plaintiff Darryl Boyd ("Plaintiff") that the County does not oppose Plaintiff's motion seeking to preclude reference to the impact of a potential judgment on taxpayers dated September 22, 2025. (Dkt. 343.)

Dated: October 6, 2025
       Buffalo, New York

**LIPPES MATHIAS LLP**

*s/Kirstie A. Means*
James. P. Blenk, Esq.
Kirstie A. Means, Esq.
Thomas R. Southard, Esq.
Harrison L. Hartsough, Esq.
*Attorneys for Defendant, County of Erie*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
(716) 853-5100
jblenk@lippes.com
kmeans@lippes.com
tsouthard@lippes.com
hhartsough@lippes.com