UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF DARRYL BOYD, </br></br> Plaintiff, </br></br> - against - </br></br> THE COUNTY OF ERIE, </br></br> Defendant. | Case No. 1:22-cv-519 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO THE CENTRAL PARK FIVE**

Plaintiff Estate of Darryl Boyd (the "Boyd Estate") does not oppose the relief sought in the County's Motion to Preclude Reference to the Central Park Five. Dkt. 320. Neither the Boyd Estate nor Boyd has likened Boyd's case to that of the "Central Park Five" in this action, and the Boyd Estate has no intent of doing so at the upcoming trial.

Dated: October 6, 2025

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Ross Firsenbaum
Ross E. Firsenbaum
Gideon A. Hanft
Phoebe Silos
Erin Hughes
Trena Riley
Melissa Zubizarreta
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
*ross.firsenbaum@wilmerhale.com*

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
By: /s/ Joel B. Rudin
Joel B. Rudin
David E. Rudin
Partha Sharma
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
*jbrudin@rudinlaw.com*

**HOOVER & DURLAND LLP**
By: /s/ Spencer L. Durland
Timothy W. Hoover
Spencer L. Durland

1

2

561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*sdurland@hooverdurland.com*

*Attorneys for Plaintiff Estate of Darryl Boyd*