UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KATHLEEN WEPPNER, AS EXECUTOR
FOR THE ESTATE OF DARRYL BOYD,

      Plaintiff,

v.

THE COUNTY OF ERIE, et. al.,

      Defendants.

Case No.: 1:22-cv-00519

---

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that consistent with the Court's directive on November 19, 2025, the County hereby submits for electronic filing the following documents and communications concerning the Court's final jury instructions and verdict sheet in this matter, as outlined below:

1. The Court's emails dated November 18, 2025 9:39 p.m. and 9:45 p.m. regarding and attaching the Court's proposed final instructions and verdict sheet, together with those attachments.[1]

2. The County's November 19, 2025 email response to the Court's November 18, 2025 email, together with the attachments thereto, (i) attaching the County's redlined objections to the Court's proposed jury instructions and (ii) attaching the County's counter-proposed verdict sheet.

---

[1] In the interest of clarity the County has excluded the version of the Court's proposed final jury instructions attached to the Court's 9:39pm email, which was superseded by a revised draft attached to the Court's 9:45 p.m. email.

Dated: November 20, 2025
      Buffalo, New York

**LIPPES MATHIAS LLP**

*s/Kirstie A. Means*
Jennifer C. Persico, Esq.
James P. Blenk, Esq.
Kirstie A. Means, Esq.
Thomas R. Southard, Esq.
Harrison L. Hartsough, Esq.
*Attorneys for Defendant County of Erie*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
(716) 853-5100
jpersico@lippes.com
jblenk@lippes.com
kmeans@lippes.com
tsouthard@lippes.com