**Rulings for County's Deposition Designations RE: Mr. Boyd (REVISED 11/14/25)**

(designations not objected to or without counter-designations, or that the County withdrew, are not included)

| County's Designations | Plaintiff's Objections | Plaintiff's Counter-designation | Ruling | Reasoning |
|---|---|---|---|---|
| 13:7–49:20<br><br>*Revised as* 14:1–16:8 | 14:1–15:15: Relevance, Subject to Motion In Limine, Prejudice, confusion, misleading<br><br>15:16–20: Relevance, Subject to Motion In Limine, Prejudice, confusion, misleading, Argumentative<br><br>15:21–17:2: Relevance, Subject to Motion In Limine, Prejudice, confusion, misleading | 477:2–480:13 (if objections overruled) | Sustained. 14:1–16:8 is inadmissible | Prior bad acts previously excluded. Counter-designation is inadmissible (moot) |
| 56:11–62:3 | Relevance, subject to motion *in limine*, prejudice, confusion, misleading<br><br>Additional objections to the following lines upon the listed bases—<br><br>56:11–56:18: lacks foundation, assumes facts not in evidence<br>56:19–59:22: hearsay<br>59:23–60:1: hearsay, misstates testimony<br>60:2–11: hearsay, compound<br>60:12–62:3: hearsay | | Sustained | September 2004 arrest for patronizing a prostitute that resulted in a guilty plea and $50 fine is irrelevant and unfairly prejudicial. FRE 401, 403 |
| 84:17–111:20<br><br>*Revised as* | No objections to revised designations | | 96:7–18, 101:3–102:10, 107:4–108:4 admissible | |

**Rulings for County's Deposition Designations RE: Mr. Boyd (REVISED 11/14/25)**

(designations not objected to or without counter-designations, or that the County withdrew, are not included)

| | | | | |
|---|---|---|---|---|
| 96:7–18, 101:3–102:10, 107:4–108:4 | | | | |
| 124:14–125:5 | Relevance, subject to motion *in limine*, prejudice, confusion, misleading<br><br>"If the Boyd Estate elects to introduce deposition designations at trial concerning Darryl Boyd's parole violations, it will withdraw its objection to this designation" | | 124:14–125:5 is admissible | Briefly discusses Boyd having two parole violations while living in California – one resulting in two years in NYS Correctional from 2002–2004, the other resulting in two years at Wyoming Correctional from 2005–2007. No discussion of why he was violated—factual, simple testimony.<br><br>Plaintiff withdrew its objection. |
| 591:20–593:5 | Relevance, subject to motion *in limine*, prejudice, confusion, misleading, assumes facts not in evidence, lacks foundation | | Overruled | Relevant to causation/cooccurrence of substance abuse |

2