**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHLEEN WEPPNER, AS EXECUTOR OF THE ESTATE OF DARRYL BOYD, ) ) ) ) Plaintiff, ) ) - against - ) ) THE COUNTY OF ERIE, ) ) Defendant. ) | **Case No. 1:22-cv-519** |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RELATED TO PLAINTIFF ESTATE OF DARRYL BOYD'S APPLICATION FOR ATTORNEY' FEES AND COSTS**

Plaintiff Estate of Darryl Boyd (the "Boyd Estate") and Defendant the County of Erie (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court entered final judgment in favor of the Boyd Estate on January 5, 2026 (Dkt. 486);

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(d), which absent an order adjusting the deadline entered by the Court, requires that an application for attorneys' fees be filed within 14 days of the entry of final judgment, the Boyd Estate's application for attorneys' fees under 42 U.S.C. § 1988 is currently due on January 20, 2026;

WHEREAS, pursuant to Western District of New York Local Rule 54(a), which absent an order adjusting the deadline entered by the Court, requires that a prevailing party file an application for taxable costs within 30 days of the entry of final judgment, the Boyd Estate's application for taxable costs is currently due on February 4, 2025;

WHEREAS, the County intends to file post-trial motions under Federal Rules of Civil Procedure 50(b) and 59;

WHEREAS, the Second Circuit has held that, if a losing party files a post-trial motion under Federal Rule of Civil Procedure 50(b) and/or 59, the time for a prevailing party to file an application for attorneys' fees and costs is extended until 14 days after the Court rules on such motions, *Weyant v. Okst*, 198 F.3d 311, 316 (2d Cir. 1999), subject to further extensions permitted by the Court;

ACCORDINGLY, the Parties, by and through their respective counsel, hereby stipulate and agree that, subject to the Court's approval, the Boyd Estate's deadline to file an initial application for attorneys' fees and costs be stayed until 30 days after the Court's ruling on the County's forthcoming post-trial motions under Federal Rules of Civil Procedure 50(b) and 59.

**IT IS SO STIPULATED.**

Dated: January 12, 2026

| | |
|---|---|
| **LAW OFFICES OF JOEL B. RUDIN, P.C.** | **LIPPES MATHIAS LLP** |
| By: /s/ Joel B. Rudin | By: /s/ Jennifer C. Perisco |
| Carnegie Hall Tower | Jennifer C. Persico |
| 152 West 57th Street, 8th Floor | Brian C. Mahoney |
| New York, New York 10019 | James P. Blenk |
| (212) 752-7600 | Kirstie Means |
| jbrudin@rudinlaw.com | Thomas R. Southard |
| david@rudinlaw.com | 50 Fountain Plaza, Suite 1700 |
| | Buffalo, New York 14202 |
| **WILMER CUTLER PICKERING** | (716) 853-5100 |
| **HALE AND DORR LLP** | jpersico@lippes.com |
| By: /s/ Ross Firsenbaum | bmahoney@lippes.com |
| Ross E. Firsenbaum | jblenk@lippes.com |
| Gideon A. Hanft | kmeans@lippes.com |
| Phoebe Silos | tsouthard@lippes.com |
| Erin Hughes | |
| Trena Riley | *Attorneys for Defendant County of Erie* |
| Melissa Zubizarreta | |
| 7 World Trade Center | |
| 250 Greenwich Street | |

1

New York, NY 10007
(212) 230-8800
ross.firsenbaum@wilmerhale.com
gideon.hanft@wilmerhale.com
phoebe.silos@wilmerhale.com
erin.hughes@wilmerhale.com
trena.riley@wilmerhale.com
melissa.zubizarreta@wilmerhale.com

**HOOVER & DURLAND LLP**
By:  /s/ Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
thoover@hooverdurland.com
sdurland@hooverdurland.com

*Attorneys for Plaintiff the Estate of Darryl Boyd*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** _____, **2026**

 

**MEREDITH VACCA**
**United States District Judge**

2