**Lippes Mathias** LLP
ATTORNEYS AT LAW

April 8, 2026

**VIA ECF**
Honorable Meredith A. Vacca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

RE:    *Darryl Boyd v. The City of Buffalo, et al.,* Case No. 22-cv-519
       **Letter Request for Leave to File Oversized Reply Briefs**

Dear Judge Vacca:

We write on behalf of Defendant County of Erie (the "County"), pursuant to W.D.N.Y. Local Rule 7(a)(2)(C) and Your Honor's Part Rules in advance of the County's anticipated reply submissions in further support of its pending post-trial motions pursuant to Federal Rules of Civil Procedure 50 and 59.

Specifically, this correspondence seeks to file reply memoranda in excess of the ten (10) page limit in order to adequately address and respond to Plaintiff's oversized opposition briefs, consisting of 38 and 45 pages, respectively (Dkts. 502, 501). The County respectfully requests to file reply memoranda of twenty-five (25) pages relative to each pending motion.

We have met and conferred with Plaintiff's counsel via email regarding this request, and Plaintiff's position is as follows:

> Plaintiff Boyd Estate sees no need for the County to submit two 25-page replies concerning its two pending motions. It already went well over the page limit in its moving papers, even though it was raising issues that previously had been repeatedly briefed, fully considered by the court, and decided against it, often more than once, over the course of two trials. Now it proposes 25-page replies when the local rule limits such submissions to 10 pages. Given that the Court knows best what it would like to receive and consider, Plaintiff takes no position and defers to the Court's discretion.

While Plaintiff ultimately takes no position, we note that the County consented to, and Plaintiff filed, oversized opposition briefs. The County submits a similar enlargement is warranted on reply to fully and meaningfully respond to Plaintiff's arguments and to facilitate a full and fair hearing on the issues raised in each motion.

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202  **Phone:** 716.853.5100  **Fax:** 716.853.5199  **lippes.com**

**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ohio:** Cleveland  //  **Oklahoma:** Oklahoma City  //  **Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**

**Kirstie A. Means**  |  Partner  |  kmeans@lippes.com



We thus respectfully ask that the County be granted leave to file oversized reply briefs of twenty-five (25) pages each relative to its pending motions under Fed. R. Civ. P. 50 and 59.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

**LIPPES MATHIAS LLP**

*/s/ Kirstie A. Means*

Kirstie A. Means

cc:　　All counsel via ECF

2